## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEANNE M. SULLIVAN, | : CIVIL ACTION NO. |
| PLAINTIFF | : NO.: 302CV916(CFD) |
| VS. | : |
| DAVID J. SULLIVAN, | : |
| DEFENDANT | : OCTOBER 10, 2003 |

### MOTION FOR INJUNCTION AND FOR PREJUDMENT REMEDY

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and/or pursuant to §52-278a, et seq. of the Connecticut General Statutes, the Plaintiff, Jeanne M. Sullivan, having commenced the above action in Federal Court, hereby respectfully moves that this Court enter an Order directing the Defendant, David J. Sullivan be enjoined from moving any of his assets from the United States to Bermuda and for the Order that the following Prejudgment Remedy be issued to secure the sum of One Million Five Hundred Thousand and 00/100 ($1,500,000.00) Dollars by attaching such real and/or personal property of the Defendant, David J. Sullivan, for said sum or such other amount that the Court deems proper after hearing has been held.

The Plaintiff submits that there is probable cause that a judgment will be rendered in the above matter in favor of the Plaintiff against the Defendant who resides in Bermuda and may

remove his assets from the United States to Bermuda or elsewhere  The Plaintiff attaches her Affidavit of Probable Cause in support of this motion demonstrating that irreparable injury, loss or damage will result to the Plaintiff if the remedy is not granted.

WHEREFORE, the Plaintiff moves that an Order enter to enjoin the Defendant from moving any real or personal property assets which are presently located in the United States to Bermuda or elsewhere and that an order enter to attach real and/or personal property of the Defendant, David J. Sullivan, including but not limited to cash, bank accounts, outstanding checks, stocks, bonds, accounts receivable, equipment, motor vehicle(s), cash, stocks, bonds and/or marketable securities held by Brown Brothers Harriman in New York and/or real estate located in Orlando, Florida and/or such other real and/or personal property in the amount of One Million Five Hundred Thousand and 00/100 ($1,500,000.00) Dollars.

> PLAINTIFF,
> JEANNE M. SULLIVAN
>
> By_____
> Owen P. Eagan, Esq.
> EAGAN & DONOHUE
> 24 Arapahoe Road
> West Hartford, CT  06107
> Juris No. 106162
> (860)232-7200

## CERTIFICATION OF SERVICE

This certifies that a copy of the foregoing Motion for Injunction was mailed, postage prepaid, to all parties of record this __10th__ day of October, 2003.

William C. Franklin, Esq.
Cramer & Anderson
P.O. Box 278
46 West Street
Litchfield, CT 06759

Courtesy Copy to:
Judge Christopher Droney
U.S. District Court
450 Main Street
Hartford, CT 06103

_____
Owen P. Eagan

*X01-P10MotionInjunction/st*