

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | CIVIL ACTION NO.: |
| PLAINTIFF | : | NO.: 302CV916(CFD) |
| | : | |
| VS. | : | |
| | : | |
| DAVID J. SULLIVAN, | : | |
| DEFENDANT | : | OCTOBER 21, 2003 |

### MOTION FOR DEFAULT FOR FAILURE TO PLEAD

The Plaintiff, Jeanne M. Sullivan, in the above captioned matter, hereby moves the Court to enter a default for failure to plead against the Defendant, David J. Sullivan, for the following reasons:

1. The Plaintiff filed an Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure on December 16, 2002;

2. The Defendant filed a Motion to Dismiss on January 31, 2003 which was Denied by the Court on September 23, 2003;

3. More than twenty (20) days has elapsed since the Court ruled on the Motion to Dismiss; and

4. The Defendant has failed to serve an Answer on the Plaintiff in violation of Rule 12 of the Federal Rules of Civil Procedure.

The Plaintiff hereby submits an Affidavit pursuant to Rule 55 of the Federal Rules of Civil Procedure regarding the above.

WHEREFORE, the Plaintiff respectfully moves that a default enter against the Defendant for failure to plead.

PLAINTIFF,
JEANNE M. SULLIVAN

By_____
    Owen P. Eagan, Esq.
    EAGAN & DONOHUE
    24 Arapahoe Road
    West Hartford, CT  06107
    Fed. Bar. No.: ct00716
    (860)232-7200

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JEANNE M. SULLIVAN,
    PLAINTIFF

            :   CIVIL ACTION NO.:
            ,:    NO.: 302CV916(CFD)
            :

VS.   :

DAVID J. SULLIVAN,
    DEFENDANT
            :   JANUARY 24, 2003

## AFFIDAVIT OF SUPPORT OF MOTION FOR DEFAULT

I, **OWEN P. EAGAN,** the undersigned, being duly sworn, hereby depose and say:

1.  That I am over the age of eighteen and understand the obligations of an oath;

2.  That I am the attorney for the Plaintiff Jeanne M. Sullivan and/or the Conservator of her estate, Matthew Lefevre, in the above referenced matter;

3.  That the Plaintiff filed an Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure on December 16, 2002;

4.  That more than twenty (20) days has elapsed since the filing of that Amended Complaint; and

5.  That the Defendant has failed to serve an Answer on the Plaintiff in violation of Rule 12 of the Federal Rules of Civil Procedure; and

6.  That pursuant to Rule 55 of the Federal Rules of Civil Procedure a default for failure to plead should enter.

I hereby certify that the foregoing Affidavit is true and accurate to the best of my knowledge and belief.

_____

**OWEN P. EAGAN**

Subscribed and sworn to this 24ᵗʰ day of January, 2003.

_____

Notary Public/~~Commissioner of the Superior Court~~

*X01.CivilSuit-P14.Affidavit/st*

SUZANNE B. TODD
NOTARY PUBLIC