UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JEANNE SULLIVAN

V.                                Case Number: 02CV916(CFD)

DAVID SULLIVAN

Doc. # **54**

FILED
2003 NOV -3 P 9: 20
US DISTRICT COURT
HARTFORD CT

Default entered pursuant to Rule 55(a) FRCP. A Motion for Default Judgment pursuant to FRCP 55(b) shall be filed within 30 days or this action will be dismissed by the Clerk pursuant to Rule 41(b) FRCP.

Dated at Hartford, Connecticut, November 3, 2003.

KEVIN F. ROWE, CLERK

By: _____
MFB
Deputy Clerk