FILED

2003 NOV -6  A 11: 47

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

JEANNE M. SULLIVAN,
        Plaintiff,

against

DAVID J. SULLIVAN,
        Defendant

Case No. 302 CV 916 (CFD)

November 5, 2003

---

## DEFENDANT'S RESPONSES TO
## PLAINTIFF'S REQUESTS TO ADMIT DATED FEBRUARY 26, 2003

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the Defendant in the above captioned matter hereby responds to the Plaintiff's Requests to Admit dated February 26, 2003 as follows:

1.    *That the Defendant, David J. Sullivan, was notified by the Bank of Butterfield, that it received a subpoena from the Plaintiff, Jeanne M. Sullivan, in the above referenced matter.*

**RESPONSE:**

**Denied as to the Plaintiff, Jeanne M. Sullivan; Admitted as to legal counsel for the Plaintiff, Jeanne M. Sullivan.**

2. *That the Defendant, David J. Sullivan, refused to permit the Bank of Butterfield in Bermuda from honoring the subpoena.*

**RESPONSE:**

**Denied.**

3. *That the subpoena requested bank records for Account # 20 006 840 705780 100.*

**RESPONSE:**

**The Defendant can neither admit nor deny this request and defers to Attorney Eagan who drafted the subpoena and the face of the document as to whether it requested bank records for the designated account.**

4. *That the Defendant, David J. Sullivan, acknowledged that he is the owner of Account # 20 006 840 705780 100.*

**RESPONSE:**

**Denied.**

2

THE DEFENDANT
DAVID J. SULLIVAN

BY _____
      William C. Franklin
      Fed. Bar No. ct07187
      For Cramer & Anderson, LLP
      P.O. Box 278
      46 West Street
      Litchfield, CT  06759
      Tel No. (860) 567-8718
      Fax No. (860) 567-4531
      wfranklin@cramer-anderson.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid to all counsel and pro se parties of record on November 5, 2003.

Owen P. Eagan, Esq.
Egan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

William C. Franklin,
Fed. Bar No. ct 07187