FILED

2003 NOV -6 A 11: 47

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD CT

---

JEANNE M. SULLIVAN,
       Plaintiff,

    against

DAVID J. SULLIVAN,
       Defendant

Case No. 302 CV 916 (CFD)

November 5, 2003

---

## DEFENDANT'S RESPONSES TO
## PLAINTIFF'S REQUESTS TO ADMIT DATED JANUARY 29, 2003

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the Defendant in the above captioned matter hereby responds to the Plaintiff's Requests to Admit dated January 29, 2003 as follows:

1. *That the Defendant, David J. Sullivan, was the owner of a bank account known as #20 006 840 705780 100 at the Bank of Butterfield located in Bermuda.*

**RESPONSE:**

    **Denied.**

2. *That the Defendant, David J. Sullivan, deposited his mother, Jeanne M. Sullivan's funds into account #20 006 840 705780 100 at the Bank of Butterfield located in Bermuda.*

**RESPONSE:**

    **Admitted on occasion.**

3. *The Defendant, David J. Sullivan, has signed his mother, Jeanne M. Sullivan's name on documents.*

**RESPONSE:**

    **Admitted on occasion.**

4. *The Defendant, David J. Sullivan, has signed his mother, Jeanne M. Sullivan's name on checks.*

**RESPONSE:**

    **Admitted on occasion.**

5. *The Defendant, David J. Sullivan, has signed his mother, Jeanne M. Sullivan's name on checks which he made out to himself.*

**RESPONSE:**

    **Admitted on occasion.**

6. *The Defendant, David J. Sullivan, has signed his mother's name on some of his mother's checks with her permission.*

**RESPONSE:**

    **Admitted.**

7.   *The Defendant, David J. Sullivan, has signed his mother's name on some of his mother's checks without her permission.*

**RESPONSE:**

**Denied.**

8.   *The Defendant, David J. Sullivan, has signed his mother, Jeanne M. Sullivan's name on checks to pay some of his bills.*

**RESPONSE:**

**Admitted on occasion.**

9.   *The Defendant, David J. Sullivan, has signed his father, James J. Sullivan's name on documents.*

**RESPONSE:**

**Given the date of death of James J. Sullivan, and the time period prior thereto, when the Defendant assisted James J. Sullivan with his financial transactions, the Defendant has insufficient memory at this point in time to either admit or deny this request. However, the Defendant can affirmatively state he does not at this point in time have a specific recollection that is consistent with this request.**

10.   *The Defendant, David J. Sullivan, has signed his father, James J. Sullivan's name on checks.*

**RESPONSE:**

**See Response to #9.**

3

11. *The Defendant, David J. Sullivan, has signed his father, James J. Sullivan's name on checks made out to himself.*

**RESPONSE:**

**See Response to #9.**

12. *The Defendant, David J. Sullivan, has signed his brother, James J. Sullivan's name on documents.*

**RESPONSE:**

**The Defendant does not have a specific recollection of having signed his brother's name on any documents; but, given their lifelong association with one another, cannot accurately admit or deny this request.**

13. *The Defendant, David J. Sullivan, has signed his brother, James J. Sullivan's name on checks.*

**RESPONSE:**

**Denied.**

14. *The Defendant, David J. Sullivan, has signed his brother, James J. Sullivan's name on checks to himself.*

**RESPONSE:**

**Denied.**

4

15. *The Defendant, David J. Sullivan, has taken possession of at least $100,000.00 of his mother, Jeanne M. Sullivan's assets.*

**RESPONSE:**

**Denied.**

16. *The Defendant, David J. Sullivan, has taken possession of at least $200,000.00 of his mother, Jeanne M. Sullivan's assets.*

**RESPONSE:**

**Denied.**

17. *The Defendant, David J. Sullivan, has taken possession of at least $300,000.00 of his mother, Jeanne M. Sullivan's assets.*

**RESPONSE:**

**Denied.**

18. *The Defendant, David J. Sullivan, has taken possession of at least $400,000.00 of his mother, Jeanne M. Sullivan's assets.*

**RESPONSE:**

**Denied.**

19. *The Defendant, David J. Sullivan, has taken possession of at least $500,000.00 of his mother, Jeanne M. Sullivan's assets.*

**RESPONSE:**

**Denied.**

20. The Defendant, David J. Sullivan, has taken possession of at least $600,000.00 of his mother, Jeanne M. Sullivan's assets.

**RESPONSE:**

**Denied.**

21. The Defendant, David J. Sullivan, has taken possession of at least $700,000.00 of his mother, Jeanne M. Sullivan's assets.

**RESPONSE:**

**Denied.**

22. The Defendant, David J. Sullivan, has taken possession of at least $800,000.00 of his mother, Jeanne M. Sullivan's assets.

**RESPONSE:**

**Denied.**

23. The Defendant, David J. Sullivan, has taken possession of at least $900,000.00 of his mother, Jeanne M. Sullivan's assets.

**RESPONSE:**

**Denied.**

24. The Defendant, David J. Sullivan, has taken possession of at least $1,000,000.00 of his mother, Jeanne M. Sullivan's assets.

**RESPONSE:**

**Denied.**

25.  The Plaintiff, Jeanne M. Sullivan, asked the Defendant, David J. Sullivan, or his representative, that David J. Sullivan return the funds which he has taken from his mother.

**RESPONSE:**

**Denied.**

26.  The Defendant, David J. Sullivan, has not returned any funds to the Plaintiff.

**RESPONSE:**

**Denied.**

27.  The Defendant, David J. Sullivan, has not returned any funds to the Plaintiff's representative.

**RESPONSE:**

**Denied.**

28.  The Defendant, David J. Sullivan, stated on July 11, 2002 that he did not receive any gifts from his mother.

**RESPONSE:**

**Denied.**

29.  The Defendant, David J. Sullivan, claimed he bought his mother's Varian stock for cash.

**RESPONSE:**

**Admitted.**

30.  The Defendant, David J. Sullivan, had an account at Brown Brothers Harriman, a brokerage firm in New York City.

**RESPONSE:**

**Denied.**

31.  The Defendant, David J. Sullivan, has an account at Brown Brothers Harriman, a brokerage firm in New York City.

**RESPONSE:**

**Denied.**

THE DEFENDANT
DAVID J. SULLIVAN

BY _____
William C. Franklin
Fed. Bar No. ct07187
For Cramer & Anderson, LLP
P.O. Box 278
46 West Street
Litchfield, CT 06759
Tel No. (860) 567-8718
Fax No. (860) 567-4531
wfranklin@cramer-anderson.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid to all counsel and pro se parties of record on November 5, 2003.

Owen P. Eagan, Esq.
Egan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

_____
William C. Franklin,
Fed. Bar No. ct 07187