UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

JEANNE M. SULLIVAN,
        Plaintiff,

    against

DAVID J. SULLIVAN,
        Defendant

Case No. 302 CV 916 (CFD)

November 7, 2003

---

## DEFENDANT'S MOTION TO SET ASIDE DEFAULT
## WITH CONSENT OF THE PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 55(c) and Federal Rule of Civil Procedure 60(a), the defendant, David J. Sullivan, with the consent and support of the Plaintiff, hereby respectfully moves that this Court set aside a certain default entered by the Clerk of the Court for the defendant's alleged failure to plead, which default entered on November 3, 2003, and in support of this motion states as follows.

1.    The defendant had originally responded to the plaintiff's amended complaint by filing on February 3, 2003, a motion to dismiss this action on the basis that the defendant, David Sullivan, was not subject to the jurisdiction of the Court.

2.    The issues raised in the motion to dismiss were fully briefed, after which a contested evidentiary hearing relative to the motion to dismiss occurred September 15, 2003.