# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

JEANNE M. SULLIVAN,                    :    CIVIL ACTION NO.:
              PLAINTIFF               :    NO.: 302CV916(CFD)
                                       :

VS.                                     :

DAVID J. SULLIVAN,                      :
              DEFENDANT               :    NOVEMBER 11, 2003

## REPLY TO DEFENDANT'S MOTION TO SET ASIDE DEFAULT
## WITH CONSENT OF THE PLAINTIFF

The Plaintiff, Jeanne M. Sullivan, does not object to the Defendant's Motion to Set Aside Default.

Two corrections need to be made to the Defendant's Motion. In Paragraph 4 of the Defendant's Motion to Set Aside Default, the Defendant stated that Defendant's counsel "made an agreement with Plaintiff's counsel for a timetable to file an Answer and Affirmative Defenses to a pending Complaint". In fact, Defendant's counsel left a voice mail message for Plaintiff's counsel. No such agreement was ever entered into by Plaintiff's counsel.

In Paragraph 6 of the Defendant's Motion to Set Aside Default, the Defendant stated that Plaintiff's counsel "consents to the filing of the Motion and has authorized the undersigned to report that counsel for the Plaintiff joins with the undersigned in respectfully requesting that the Motion be granted". While Plaintiff's counsel does not object to the filing of this Motion, Plaintiff's counsel does not join in this Motion to Reopen the Default.

Notwithstanding the above, Plaintiff's counsel has received the Defendant's Answer with Affirmative Defenses.

PLAINTIFF,
JEANNE M. SULLIVAN

By _____
Owen P. Eagan
Eagan & Donohue
24 Arapahoe Road
West Hartford, CT 06107
Federal Bar No. ct00716
(860)232-7200