# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | CIVIL ACTION NO.: |
| PLAINTIFF | : | NO.: 302CV916(CFD) |
| | : | |
| VS. | : | |
| | : | |
| DAVID J. SULLIVAN, | : | |
| DEFENDANT | : | NOVEMBER 19, 2003 |

### REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO SIGN AUTHORIZATION TO RELEASE BANK RECORDS

In her Complaint, Plaintiff, Jeanne M. Sullivan, alleges that the Defendant, David J. Sullivan, defrauded her out of hundreds of thousands of dollars and moved those funds to Bermuda.

The Defendant, David J. Sullivan, is a resident of Bermuda. (Testimony of David J. Sullivan at the Motion to Dismiss Hearing on September 15, 2003). David J. Sullivan has admitted to having deposited his mother's money into Account Number 20 006 840 705780 100 at the Bermuda Bank of N.T. Butterfield and Son Limited (hereinafter Bank of Butterfield), but he denies ownership of that account. (See David J. Sullivan's response to Plaintiff's Requests to Admit dated January 29, 2003, attached hereto and marked Exhibit "A").

Jeanne M. Sullivan's Conservator, Matthew Lefevre, requested the Bank of Butterfield to provide him with information concerning Account Number 20 006 840 705780 100. The Bank of Butterfield refused to provide this information to the Conservator, Matthew Lefevre. (See Affd't. of Matthew Lefevre attached hereto and marked Exhibit "B").

Matthew Lefevre had reviewed Jeanne M. Sullivan's financial records and found that over $250,000.00 of her money was transferred into that account.

Thereafter, the undersigned, Owen P. Eagan and Attorney William Franklin, counsel for the Defendant David J. Sullivan, spoke on the telephone. The undersigned requested that David J. Sullivan sign an authorization to release information concerning that account. The undersigned explained that if the account was not in David J. Sullivan's name, as he had stated, the Bank of Butterfield would refuse to honor his authorization. If, however, David J. Sullivan's name was on that account, or if David J. Sullivan has some power over that account, the authorization would facilitate the release of valuable information necessary to prove the Plaintiff's claim against the Defendant. David J. Sullivan, through his attorney, refused to honor the undersigned's request. (See Affd't. of Owen P. Eagan attached hereto and marked Exhibit "C").

David J. Sullivan's credibility is at issue in this case. First of all he is being sued for having defrauded his mother out of hundreds of thousands of dollars. In addition, he stated under oath, at the Probate Court that he did not sign his mother's name to any checks. (See Affd't. of Suzanne Xanthos attached hereto and marked Exhibit "D"). Nevertheless, David J. Sullivan testified at the Motion to Dismiss Hearing, in Federal Court, that he did in fact sign his mother's name on her checks, some of which he made out to himself. (Testimony of David J. Sullivan at the Motion to Dismiss Hearing on September 15, 2003). He contradicted himself again in his

response to Plaintiff's request to admit wherein he stated that he did in fact sign his mother's name on occasion. (#3 of Defendant's Response to Request to Admit dated January 29, 2003, attached hereto and marked Exhibit "A").

Therefore, it is necessary to use an outside source to verify whether David J. Sullivan is now telling the truth. It seems likely that David J. Sullivan deposited his mother's funds into an account which he controls.

The account in question is also located in Bermuda, a foreign jurisdiction. The Bank of Butterfield has already refused to honor a subpoena which was originally served in order to obtain evidence to present at a hearing scheduled for a Motion for a Prejudgment Remedy which was originally scheduled for March 7, 2003. (See copy of Subpoena to Bank of Butterfield and response thereto attached hereto and marked Exhibit "E"). The easiest way to determine whether David J. Sullivan is telling the truth and/or to get the information concerning this account, is through an authorization signed by David J. Sullivan. David J. Sullivan clearly has a connection with this account. He should be compelled to sign the authorization to obtain this relevant information.

-3-

**WHEREFORE**, the Plaintiff respectfully moves this Court to Order David J. Sullivan to sign the authorization requesting the Bank of Butterfield to release information concerning Account Number 20 006 840 705780 100.

PLAINTIFF,
JEANNE M. SULLIVAN

By _____
Owen P. Eagan
Eagan & Donohue
24 Arapahoe Road
West Hartford, CT 06107
Federal Bar No. ct00716
(860)232-7200

## __CERTIFICATION__

    This certifies that a copy of the foregoing Reply to Defendant's Memorandum in Opposition to Plaintiff's Motion to Compel Defendant to Sign Release and Authorization was mailed first class, postage prepaid to all pro se parties and counsel of record this 19th day of November, 2003 including the following:

William C. Franklin, Esq.
Cramer & Anderson
P.O. Box 278
46 West Street
Litchfield, CT 06759

                          Owen P. Eagan

*X01-CivilSuitPleadings.P27Replyto MemoOpp.3rd/st*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------

JEANNE M. SULLIVAN,                     :

            **Plaintiff,**        :

                       :          Case No. 302 CV 916 (CFD)

    **against**                          :

                       :

DAVID J. SULLIVAN,                      :

            **Defendant**       :          November 5, 2003

---------------------------------------------------------------

### DEFENDANT'S RESPONSES TO
### PLAINTIFF'S REQUESTS TO ADMIT DATED JANUARY 29, 2003

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the Defendant in the above captioned matter hereby responds to the Plaintiff's Requests to Admit dated January 29, 2003 as follows:

1.    *That the Defendant, David J. Sullivan, was the owner of a bank account known as #20 006 840 705780 100 at the Bank of Butterfield located in Bermuda.*

**RESPONSE:**   &ndash;

    **Denied.**

2.    *That the Defendant, David J. Sullivan, deposited his mother, Jeanne M. Sullivan's funds into account #20.006 840 705780 100 at the Bank of Butterfield located in Bermuda.*

**EXHIBIT "A"**

**RESPONSE:**

**Admitted on occasion.**

3.      *The Defendant, David J. Sullivan, has signed his mother, Jeanne M. Sullivan's name on documents.*

**RESPONSE:**

**Admitted on occasion.**

4.      *The Defendant, David J. Sullivan, has signed his mother, Jeanne M. Sullivan's name on checks.*

**RESPONSE:**

**Admitted on occasion.**

5.      *The Defendant, David J. Sullivan, has signed his mother, Jeanne M. Sullivan's name on checks which he made out to himself.*

**RESPONSE:**

**Admitted on occasion.**

6.      *The Defendant, David J. Sullivan, has signed his mother's name on some of his mother's checks with her permission.*

**RESPONSE:**

**Admitted.**

7.     *The Defendant, David J. Sullivan, has signed his mother's name on some of his mother's checks without her permission.*

**RESPONSE:**

   **Denied.**

8.     *The Defendant, David J. Sullivan, has signed his mother, Jeanne M. Sullivan's name on checks to pay some of his bills.*

**RESPONSE:**

   **Admitted on occasion.**

9.     *The Defendant, David J. Sullivan, has signed his father, James J. Sullivan's name on documents.*

**RESPONSE:**

   **Given the date of death of James J. Sullivan, and the time period prior thereto, when the Defendant assisted James J. Sullivan with his financial transactions, the Defendant has insufficient memory at this point in time to either admit or deny this request.  However, the Defendant can affirmatively state he does not at this point in time have a specific recollection that is consistent with this request.**

10.     *The Defendant, David J. Sullivan, has signed his father, James J. Sullivan's name on checks.*

**RESPONSE:**

   **See Response to #9.**

11.    The Defendant, David J. Sullivan, has signed his father, James J. Sullivan's name on checks made out to himself.

**RESPONSE:**

**See Response to #9.**

12.    The Defendant, David J. Sullivan, has signed his brother, James J. Sullivan's name on documents.

**RESPONSE:**

**The Defendant does not have a specific recollection of having signed his brother's name on any documents; but, given their lifelong association with one another, cannot accurately admit or deny this request.**

13.    The Defendant, David J. Sullivan, has signed his brother, James J. Sullivan's name on checks.

**RESPONSE:**

**Denied.**

14.    The Defendant, David J. Sullivan, has signed his brother, James J. Sullivan's name on checks to himself.

**RESPONSE:**

**Denied.**

4

15.     The Defendant, David J. Sullivan, has taken possession of at least $100,000.00 of his mother, Jeanne M. Sullivan's assets.

**RESPONSE:**

**Denied.**

16.     The Defendant, David J. Sullivan, has taken possession of at least $200,000.00 of his mother, Jeanne M. Sullivan's assets.

**RESPONSE:**

**Denied.**

17.     The Defendant, David J. Sullivan, has taken possession of at least $300,000.00 of his mother, Jeanne M. Sullivan's assets.

**RESPONSE:**

**Denied.**

18.     The Defendant, David J. Sullivan, has taken possession of at least $400,000.00 of his mother, Jeanne M. Sullivan's assets.

**RESPONSE:**

**Denied.**

19.     The Defendant, David J. Sullivan, has taken possession of at least $500,000.00 of his mother, Jeanne M. Sullivan's assets.

**RESPONSE:**

**Denied.**

20.    The Defendant, David J. Sullivan, has taken possession of at least $600,000.00 of his mother, Jeanne M. Sullivan's assets.

**RESPONSE:**

Denied.

21.    The Defendant, David J. Sullivan, has taken possession of at least $700,000.00 of his mother, Jeanne M. Sullivan's assets.

**RESPONSE:**

**Denied.**

22.    The Defendant, David J. Sullivan, has taken possession of at least $800,000.00 of his mother, Jeanne M. Sullivan's assets.

**RESPONSE:**

**Denied.**

23.    The Defendant, David J. Sullivan, has taken possession of at least $900,000.00 of his mother, Jeanne M. Sullivan's assets.

**RESPONSE:**

**Denied.**

24.    The Defendant, David J. Sullivan, has taken possession of at least $1,000,000.00 of his mother, Jeanne M. Sullivan's assets.

**RESPONSE:**

**Denied.**

25.    The Plaintiff, Jeanne M. Sullivan, asked the Defendant, David J. Sullivan, or his representative, that David J. Sullivan return the funds which he has taken from his mother.

**RESPONSE:**

**Denied.**

26.    The Defendant, David J. Sullivan, has not returned any funds to the Plaintiff.

**RESPONSE:**

**Denied.**

27.    The Defendant, David J. Sullivan, has not returned any funds to the Plaintiff's representative.

**RESPONSE:**

**Denied.**

28.    The Defendant, David J. Sullivan, stated on July 11, 2002 that he did not receive any gifts from his mother.

**RESPONSE:**

**Denied.**

29.    The Defendant, David J. Sullivan, claimed he bought his mother's Varian stock for cash.

**RESPONSE:**

    **Admitted.**

    30.    *The Defendant, David J. Sullivan, had an account at Brown Brothers Harriman, a brokerage firm in New York City.*

**RESPONSE:**

    **Denied.**

    31.    *The Defendant, David J. Sullivan, has an account at Brown Brothers Harriman, a brokerage firm in New York City.*

**RESPONSE:**

    **Denied.**

THE DEFENDANT
DAVID J. SULLIVAN

BY _____
William C. Franklin
Fed. Bar No. ct07187
For Cramer & Anderson, LLP
P.O. Box 278
46 West Street
Litchfield, CT  06759
Tel No. (860) 567-8718
Fax No. (860) 567-4531
wfranklin@cramer-anderson.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEANNE M. SULLIVAN, | : CIVIL ACTION NO.: |
| PLAINTIFF | :     NO.: 302CV916(CFD) |
| | : |
| VS. | : |
| | : |
| | : |
| DAVID J. SULLIVAN, | : |
| DEFENDANT | : NOVEMBER 19, 2003 |

### AFFIDAVIT OF MATTHEW J. LEFEVRE

I, **MATTHEW J. LEFEVRE**, the undersigned, being duly sworn, hereby depose and say:

1.    That I am over the age of eighteen and understand the obligations of an oath;

2.    That I was appointed Conservator for the Estate of Jeanne M. Sullivan on June 13, 2002;

3.    That in my capacity as Conservator of the Estate of Jeanne M. Sullivan, I requested Bermuda Bank of N.T. Butterfield & Son Limited (hereinafter "Bank of Butterfield") to provide me with information concerning account number 20 006 840 705780 100;

4.    That the Bank of Butterfield refused to provide me with this information;

5.    That I requested this information because I had traced over $250,000.00 of assets of Jeanne M. Sullivan that had been deposited into Bank of Butterfield account number 20 006 840 705780 100; and

6.    That this information is necessary to prove that David J. Sullivan defrauded his mother, Jeanne M. Sullivan, out of her funds as alleged in the Plaintiff's Complaint filed in this action.

**EXHIBIT "B"**

7.      That I make this affidavit as my free act and deed.

I hereby certify that the foregoing Affidavit is true and accurate to the best of my knowledge and belief.

_____
Matthew J. Lefevre

Subscribed and sworn to this 19th day of November,  2003.

_____
Jean D. Schiavone
Notary Public

**JEAN D. SCHIAVONE**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES FEB. 28, 2006

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | CIVIL ACTION NO.: |
| PLAINTIFF | : | NO.: 302CV916(CFD) |
| | : | |
| VS. | : | |
| | : | |
| DAVID J. SULLIVAN, | : | |
| DEFENDANT | : | NOVEMBER 19, 2003 |

## AFFIDAVIT OF OWEN P. EAGAN

I, **OWEN P. EAGAN**, the undersigned, being duly sworn, hereby depose and say:

1.    That I am over the age of eighteen and understand the obligations of an oath;

2.    That I am the attorney for Matthew Lefevre, Conservator of the Estate of Jeanne M. Sullivan;

3.    That in that capacity, I have drafted and filed on behalf of Jeanne M. Sullivan, a Complaint in the Federal Court;

4.    That at the request of the Conservator, I subpoenaed information from the Bermuda Bank N.T. Butterfield and Son Limited (hereinafter "Bank of Butterfield) account number 20 006 840 705780 100;

5.    That the Bank of Butterfield refused to honor the subpoena and did not provide any information concerning that account;

6.    That some time thereafter, William Franklin, attorney for the Defendant, David J. Sullivan, and I spoke on the telephone. He explained that David J. Sullivan had received notice of the subpoena;

## EXHIBIT "C"

7.    That Attorney Franklin objected to discovery being obtained in this way;

8.    That I requested that David J. Sullivan sign a release authorizing me to obtain this

information;

9.    That I explained that if David J. Sullivan had no power or control over account number

20 006 840 705780 100, that Butterfield Bank would simply not release the information

to me and that this would confirm that David J. Sullivan did not own this account;

10.    That David Sullivan still has not signed this release authorizing me to obtain information

concerning account number 20 006 840 705780 100 from Bank of Butterfield;

11.    That the reason the Plaintiff needs to obtain this information is twofold: 1) to prepare for

a Prejudgment Remedy Hearing which was previously scheduled for March 7, 2003 and

will be rescheduled for a later date; and 2) to prove the facts alleged in the Plaintiff's

Complaint.

12.    That I make this affidavit as my free act and deed.

I hereby certify that the foregoing Affidavit is true and accurate to the best of my knowledge

and belief.

**Owen P. Eagan**

Subscribed and sworn to this _19_th day of November, 2003.

Notary Public/Commissioner of the Superior Court

THRAD DOCHTO

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JEANNE M. SULLIVAN,              :    CIVIL ACTION NO.:
         PLAINTIFF       :    NO.: 302CV916(CFD)

VS.                       :

DAVID J. SULLIVAN,           :
         DEFENDANT    :    NOVEMBER 18, 2003

## AFFIDAVIT OF SUZANNE XANTHOS

I, **SUZANNE XANTHOS**, the undersigned, being duly sworn, hereby depose and say:

1. That I am over the age of eighteen and understand the obligations of an oath;

2. That I am the daughter of the Plaintiff, Jeanne M. Sullivan;

3. That on February 28, 2002 I was appointed Conservator of the Person for my mother, Jeanne M. Sullivan;

4. That before that, I held a Durable Power of Attorney for my mother, Jeanne M. Sullivan;

5. That on May 30, 2002, I attended a Probate Court Hearing concerning my mother's estate;

6. That my brother David J. Sullivan testified before the Probate Judge at that hearing;

7. That David J. Sullivan testified that he never signed my mother, Jeanne M. Sullivan's name on her checks;

8. That David J. Sullivan also denied that he ever used the Power of Attorney that was issued to him by my mother, Jeanne M. Sullivan;

**EXHIBIT "D"**

9.    That David J. Sullivan also denied that there were any current accounts in Bermuda

belonging to my mother, Jeanne M. Sullivan or my father, James J. Sullivan; and

10.    That I make this affidavit as my free act and deed.

I hereby certify that the foregoing Affidavit is true and accurate to the best of my knowledge

and belief.

_____
Suzanne Xanthos

Subscribed and sworn to this _18_th day of November, 2003.

_____
Notary Public/Commissioner of the Superior Court

**LINDA F. DECKER**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES MAR 31 2006

*X01-CivilPleadings/A04-Affd't SuzanneXanthos/st*

**LINDA F. DECKER**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES MAR 31 2006

# UNITED STATES DISTRICT COURT

## DISTRICT OF
## CONNECTICUT

JEANNE M. SULLIVAN

V.

DAVID J. SULLIVAN

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:  302CV916(CFD)

TO:    **Records Keeper of The Bank of N.T. Butterfield & Son Limited**
**65 Front Street**
**P.O. Box HM 195**
**Hamilton HM AX,  Bermuda**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY<br>**U.S. District Court**<br>**450 Main Street**<br>**Hartford, CT 06103** | COURTROOM |
|---|---|
| | DATE AND TIME<br>**3/7/03    2:00 P.M.** |

☐ YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

X    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):**copies of any and all information including writings, instruments, documents, memoranda, correspondence, bank statements, etc. relating to the investments and/or securities and bank accounts of James J. Sullivan (dob:8/13/1919; ss# 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); Jeanne M. Sullivan (dob: 9/30/1918; ss#: 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); and David J. Sullivan (dob:9/19/1953; ss# 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) from 1988 to the present.  Please include any and all information concerning account #20 006 840 705780 100.**

| PLACE<br>**U.S. District Court**<br>**450 Main Street**<br>**Hartford, CT 06103   U.S.A.** | DATE AND TIME<br>**3/7/03    2:00 P.M.** |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth , for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT | DATE<br>1/29/03 |
|---|---|
| Attorney For Plaintiff | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Owen P. Eagan, Esq.
24 Arapahoe Road
West Hartford, CT 06107
(860)232-7200

**EXHIBIT "E"**

*X01-S01.BrownBrosHarriman/st*

# AFFIDAVIT OF SERVICE

**Jeanne M. Sullivan**                    *versus*                    **David J. Sullivan**

**(Plaintiffs)**                                                                 **(Defendant)**

---

I, William Norman Butterworth of 31 Victoria Street, Hamilton, Bermuda make oath and say as follows:

(1)  That at 11.45 am on Friday the 31st day of January 2003 I personally served  The Bank of N. T. Butterfield & Son Limited, 65 Front Street, Hamilton HM AX, Bermuda with the following documents:

1.  Subpoena in Civil Case # 302CV916(CFD)  issued b y the United States District Court – District of Connecticut.
2.  Letter dated 28th January 2003 from Eagan & Donohue (Attorneys at Law) to the Records Keeper of the Bank of N. T. Butterfield & Son Limited

The original of which are attached to this Affidavit, by;

Handing the above documents personally to Mr. Peter Roger, Legal Department, Bank of N.

T. Butterfield & Son Limited, 65 Front Street, Hamilton HM AX, Bermuda

Describe method of service

The original of which is attached to this my affidavit.

SWORN before me this 3rd day                    Signed

of February  2003 at                    ( Person making the Service)

---



(Signature and Name of J.P., Commissioner of Oaths or Notary Public, in full and Seal, where applicable)

Ref: Affd BNTB Sullivan