FILED

2003 DEC -3  P 1:59

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | CIVIL ACTION |
| PLAINTIFF | : | NO.: 302CV916(CFD) |
| VS. | : | |
| DAVID J. SULLIVAN, | : | |
| DEFENDANT | : | DECEMBER 1, 2003 |

**AFFIDAVIT OF PROBABLE CAUSE AND NOTICE IN SUPPORT OF
A MOTION FOR INJUNCTION AND
FOR PREJUDGMENT REMEDY DATED OCTOBER 10, 2003**

The Plaintiff, Jeanne M. Sullivan, in the above captioned matter, hereby supplements her Motion for Injunction and for Prejudgment Remedy by adding the following documents:

1. Affidavit of Probable Cause dated January 8, 2003 and signed by the Plaintiff's Conservator of Estate, Matthew J. Lefevre;

2. Said Affidavit was attached to the previous Motion for Injunction and for Prejudgment Remedy which was denied without prejudice after the Court's ruling on the Court's ruling on the Motion to Dismiss;

3. Also attached is the Notice of Rights provided for in the Connecticut General Statutes. This Notice was also attached to the original Motion for Injunction and for Prejudgment Remedy;

PLAINTIFF,
JEANNE M. SULLIVAN

By_____
Owen P. Eagan, Esq.
Eagan & Donohue
24 Arapahoe Road
West Hartford, CT 06107
Federal Bar No. ct00716
(860)232-7200
Her Attorney

## **CERTIFICATION**

This is to certify that the foregoing Affidavit of Probable Cause and Notice in Support of A Motion for Injunction and For Prejudgment Remedy Dated October 10, 2003 was mailed, First Class, postage prepaid this 1st day of December, 2003 to:

William C. Franklin, Esq.
Cramer & Anderson
P.O. Box 278
46 West Street
Litchfield, CT 06759

Matthew J. Lefevre, Esq.
94 Church Street
Torrington, CT 06790

_____
Owen P. Eagan

X01-P31.AffProbCause/st