UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Telephonic Status Conference Calendar**

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

**DECEMBER 4, 2003**

4:00 P.M.

*held*
*4:00 - 4:30*
*30 mins.*

**PLAINTIFF'S COUNSEL
WILL INITIATE THE CALL
860-240-2635**

CASE NO. **3-02-cv-916 (CFD)**   **SULLIVAN v SULLIVAN**

Marco D'Occhio
Eagan & Donohue
24 Arapahoe Rd.
West Hartford, CT 06107

Owen P. Eagan
Eagan & Donohue
24 Arapahoe Rd.
West Hartford, CT 06107

William C. Franklin
Cramer & Anderson
46 West St., P.O. Box 278
Litchfield, CT 06759

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK