FILED

2003 DEC -3 P 1: 59

US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | CIVIL ACTION NO.: |
| PLAINTIFF | : | NO.: 302CV916(CFD) |
| | : | |
| VS. | : | |
| | : | |
| DAVID J. SULLIVAN, | : | |
| DEFENDANT | : | DECEMBER 1, 2003 |

## MOTION FOR DISCLOSURE OF ASSETS

Pursuant to §52-278n, et seq. of the Connecticut General Statutes, the Plaintiff, Jeanne M. Sullivan, in the above referenced action respectfully moves this Court to Order the Defendant, David J. Sullivan, to disclose all property, real and/or personal and/or otherwise, in which he has an interest which is subject to the injunction and/or which may be sufficient to satisfy the prejudgment remedy requested in this matter.

And further, that the Defendant, David J. Sullivan, disclose any and all books, financial statements, bank records, tax returns, savings accounts and documentation and other records related to his finances and/or related to the assets referred above (including his holdings in Bermuda and in the United States).

And Further, the Plaintiff, Jeanne M. Sullivan, hereby moves the Court to enter such other Order and further Orders as the present circumstances of the case requires, so as to effectuate and give meaning to the Order For Injunction and/or the Order For Prejudgment Remedy.

PLAINTIFF,
JEANNE M. SULLIVAN

By_____
Owen P. Eagan, Esq.
EAGAN & DONOHUE
24 Arapahoe Road
West Hartford, CT 06107
Juris No. 106162
(860)232-7200

## **ORDER**

Probable cause for the issuance of a prejudgment remedy herein having been found, as record appears, the Defendant, David J. Sullivan, is hereby:

**ORDERED:** to disclose property real and/or personal and/or otherwise in which he have an interest in to satisfy prejudgment remedy allowed.

Dated at Hartford, Connecticut on this ___ day of _____, 2003.

BY THE COURT

_____
JUDGE / CLERK

## CERTIFICATION OF SERVICE

This certifies that a copy of the foregoing Motion for Disclosure was mailed, postage prepaid, to all parties of record this 2nd day of December, 2003.

William C. Franklin, Esq.
Cramer & Anderson
P.O. Box 278
46 West Street
Litchfield, CT 06759

Matthew J. Lefevre, Esq.
241 Asylum Street, 3rd Floor
Hartford, CT 06103

_____
Owen P. Eagan

*X01-P32.MotDisclAssets/st*