UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| JEANNE M. SULLIVAN,<br>Plaintiff,<br><br>v.<br><br>DAVID J. SULLIVAN,<br>Defendant. | :<br>:<br>:<br>:   Civil Action No. 3:02CV916(CFD)<br>:<br>:<br>: |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_X_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_X_   A ruling on the following motion which is currently pending:(orefm.) **Document #53, Motion for Injunction and for Prejudgment Remedy**

____   A settlement conference (orefmisc./cnf)

____   A conference to discuss the following: (orefmisc./cnf)_____

____   Other: (orefmisc./misc)_____

SO ORDERED this 9th day of December 2003, at Hartford, Connecticut.

_____
**CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE**