

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | CIVIL ACTION NO. |
| PLAINTIFF | : | NO.: 302CV916(CFD) |
| | : | |
| VS. | : | |
| | : | |
| DAVID J. SULLIVAN, | : | |
| DEFENDANT | : | OCTOBER 10, 2003 |

### MOTION FOR INJUNCTION AND FOR PREJUDMENT REMEDY

**December 12, 2003.** To the limited extent this motion seeks a preliminary injunction, the magistrate judge recommends that it be **DENIED without** prejudice. 28 U.S.C. §636. The papers that have been submitted in support of the preliminary injunction application are defective on their face. The papers refer to an attached "Affidavit of Probable Cause" which is not, in fact, attached. That document is where movant purportedly makes a showing of irreparable harm, which, of course, is the <u>sine qua non</u> for the issuance of a preliminary injunction. The plaintiff may refile his application when, and if, properly supported. The magistrate notes that the filing of such a motion may prove unnecessary, for **plaintiff has also moved for a pre-judgment remedy**. If a pjr is granted, an injunction would seem unnecessary; if a prj is denied, plaintiff may be unable to sustain the heavier preliminary injunction burden. An evidentiary hearing will be held on plaintiff's application for a pjr at 10:00 a.m. **January 16, 2004.**

---
**Thomas P. Smith**
**United States Magistrate Judge**