

FILED

2003 DEC 16  A 11: 54

UNITED STATES DISTRICT COURT, DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT HARTFORD CT

---

| | |
|---|---|
| JEANNE M. SULLIVAN, | : |
|         Plaintiff, | : |
| | :   Case No. 302 CV 916 (CFD) |
|     against | : |
| DAVID J. SULLIVAN, | : |
|         Defendant | :   December 15, 2003 |

---

## MOTION FOR CONTINUANCE RE: PREJUDGMENT REMEDY HEARING

Pursuant to Local Civil Rule 7(b), the Defendant, David J. Sullivan, hereby respectfully requests that this Court continue a prejudgment remedy hearing currently scheduled for January 16, 2004 at 10:00 a.m., and in support of this motion states as follows.

1. By pleading filed October 10, 2003, the Plaintiff Jeanne M. Sullivan moved in part for a prejudgment remedy.

2. By pleading dated December 15, 2003, the Defendant David J. Sullivan duly objected to the prejudgment remedy sought.

3. By order of the Court dated December 13, 2003, a hearing on the prejudgment remedy was set for January 16, 2004 at 10:00 a.m.

4. The undersigned has a scheduling conflict with the prejudgment remedy hearing as scheduled in that by order dated September 10, 2003, the undersigned was

scheduled to commence trial in the matter of *The First National Bank of Litchfield v. Bruce V. Miller, et al*, Docket Number CV 00-0181487-S in Superior Court for the Judicial District of Stamford.

5.   In light of this scheduling conflict, it is respectfully requested that the prejudgment remedy hearing scheduled for the same date, January 16, 2004 at 10:00 a.m., be continued. In that regard, the undersigned is also ordered to commence trial in the matter of *Bernardini v. Litton Systems, Inc.*, Docket Number CV: 02-0086946-S on January 27, 2004 at 9:30 a.m. in Superior Court for the Judicial District of Litchfield, and would accordingly request this matter be rescheduled for some date subsequent to the first week of February 2004.

6.   Pursuant to Local Civil Rule 7(b) inquiry was made to Owen Eagan, Esq., counsel of record for the Plaintiff in this case relative to the continuance sought; however, the undersigned was unable to determine Attorney Eagan's position on the Motion for Continuance despite contacting his office twice.

THE DEFENDANT
DAVID J. SULLIVAN

BY _____
    William C. Franklin
    Fed. Bar No. ct07187
    For Cramer & Anderson, LLP
    P.O. Box 278
    46 West Street
    Litchfield, CT 06759
    Tel No. (860) 567-8718
    Fax No. (860) 567-4531
    wfranklin@cramer-anderson.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid to all counsel and pro se parties of record on December 15, 2003.

Owen P. Eagan, Esq.
Egan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

_____
William C. Franklin,
Fed. Bar No. ct 07187

4