FILED

2003 DEC 16  A 11: 54

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD CT

---

JEANNE M. SULLIVAN,
        Plaintiff,

against

DAVID J. SULLIVAN,
        Defendant

Case No. 302 CV 916 (CFD)

December 15, 2003

---

## DEFENDANT'S OBJECTION TO AND MOTION FOR PROTECTIVE ORDER RE: NOTICE OF DEPOSITION OF DECEMBER 11, 2003

    The Defendant, David J. Sullivan, hereby objects to the Plaintiff's Notice of Deposition of December 11, 2003, by which the Plaintiff purports to take the Defendant's deposition in Bermuda on January 22, 2004, and simultaneously moves for protective order excusing the Defendant from attending that proceeding as noticed, and in support of the foregoing states as follows.

    1.    By Notice of Deposition dated December 11, 2003, the Plaintiff purported to notice the Defendant's deposition for Thursday, January 22, 2004 at Hamilton, Bermuda.

    2.    The Defendant is a British subject who resides in Bermuda, and has resided in Bermuda for years prior to the time period 1990 to the present that is the subject of this civil action.

      3.     The Notice of Deposition referenced herein does not identify an officer in Bermuda before which the deposition will be taken; does not identify a treaty or convention which pursuant to Rule 28(b) of the Federal Rules of Civil Procedure would permit this deposition to be taken in Bermuda; does not identify a letter of request by which this deposition might be taken in Bermuda pursuant to Rule 28(b) of the Federal Rules of Civil Procedure; and identifies no other lawful mechanism that is in accord with the Federal Rules of Civil Procedure authorizing that this deposition be taken in this location and in the fashion related in the Notice of Deposition.

      4.     Further objection is interposed on the basis that no request for the appointment of a commissioner and no alternative grounds demonstrating who might take this deposition is addressed in the Notice of Deposition. The undersigned is certainly not admitted to practice law in Bermuda. Nor, presumably, is Owen P. Eagan, Esq., the Plaintiff's attorney and issuer of the Notice of Deposition. The Defendant is well within his rights to be assured that any deposition taken in Bermuda be taken by attorneys authorized to conduct depositions in that jurisdiction, an issued not addressed in the Notice of Deposition.

      5.     Furthermore, attached to the Notice of Deposition is a request for documents, which independently of the foregoing is overly broad, unduly burdensome, requests private information not germane to any issues in this case, and seeks

considerable information within the knowledge of the Plaintiff, whose financial records are sought from the Defendant.

WHEREFORE, the Defendant prays that this Objection be sustained and the Motion for Protective Order excusing compliance with this Notice of Deposition be granted.

    THE DEFENDANT
    DAVID J. SULLIVAN

BY    */s/ William C. Franklin*
    William C. Franklin
    Fed. Bar No. ct07187
    For Cramer & Anderson, LLP
    P.O. Box 278
    46 West Street
    Litchfield, CT 06759
    Tel No. (860) 567-8718
    Fax No. (860) 567-4531
    wfranklin@cramer-anderson.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid to all counsel and pro se parties of record on December 15, 2003.

Owen P. Eagan, Esq.
Egan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

William C. Franklin,
Fed. Bar No. ct 07187

4