FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2003 DEC 22 ₱ 1: 51

U.S. DISTRICT COURT
HARTFORD, CT.

JEANNE M. SULLIVAN,                 :   CIVIL ACTION
               PLAINTIFF             :       NO.: 302CV916(CFD)
                                       :

VS.                                 :

                                       :

DAVID J. SULLIVAN,                  :
               DEFENDANT             :   DECEMBER 19, 2003

## PLAINTIFF'S REPLY TO DEFENDANT'S MOTION FOR CONTINUANCE

The Plaintiff, Jeanne M. Sullivan, in the above referenced matter, has no objection to

the Defendant's Motion for Continuance of the Prejudgment Remedy Hearing.

For clarification of the record, Attorney Franklin's secretary left a voice mail for my

secretary on Monday, December 15, 2003. The undersigned was not available to return calls

until Tuesday, December 16, 2003 in the early morning. Attorney Franklin was called in the

morning on Tuesday, December 16, 2003. Although he was in the office, Attorney Franklin did

not take the undersigned's call and further, Attorney Franklin has not returned my call to date.

**WHEREFORE,** the Plaintiff has no objection to the Defendant's Motion for

Continuance of the Prejudgment Remedy Hearing.

THE PLAINTIFF,
JEANNE M. SULLIVAN

BY_____

Owen P. Eagan
EAGAN & DONOHUE
24 Arapahoe Road
West Hartford, CT 06107
Federal Bar No. ct00716
(860)232-7200
(Her Attorney)

## **CERTIFICATION**

This certified that the foregoing Reply to Defendant's Motion for Continuance of

Prejudgment Remedy Hearing was sent First Class Mail, postage prepaid this 19th day of

December, 2003 to:

William C. Franklin, Esq.
Cramer & Anderson, LLP
P.O. Box 278
46 West Street
Litchfield, CT 06759

Matthew J. Lefevre, Esq.
241 Asylum Street, 3rd Floor
Hartford, CT 06103

_____
Owen P. Eagan

*CivilX01-P38.MotionDiscov.Conf./st*