## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JEANNE M. SULLIVAN,
               PLAINTIFF

                        :   CIVIL ACTION
                        :   NO.: 302CV916(CFD)

VS.

                        :

DAVID J. SULLIVAN,
               DEFENDANT        :   DECEMBER 19, 2003

### MOTION FOR DISCOVERY CONFERENCE

The Plaintiff, Jeanne M. Sullivan, in the above referenced matter, hereby moves the Court to conduct a discovery conference concerning the multiple discovery issues in this case.

The Plaintiff has attempted to obtain the Defendant's Deposition and obtain answers to Interrogatories and obtain compliance to Requests to Produce.

The Defendant, David J. Sullivan, has failed to comply and has filed several objections to these requests for discovery.

The case is at a standstill. The Plaintiff, Jeanne M. Sullivan, is elderly and in a frail condition in a convalescent home. The discovery process is being delayed for purposes of gaining an advantage over the Plaintiff who may die in the process prior to trial.

This Complaint was filed in May of 2002.

The Plaintiff has attempted on numerous occasions to obtain the deposition of the Defendant, David J. Sullivan, a party in this action. The delay in taking David J. Sullivan's deposition has greatly prejudiced the Plaintiff who must be permitted to proceed with discovery in order to prepare for trial.

**WHEREFORE,** the Plaintiff, Jeanne M. Sullivan, moves the Court to conduct a

conference to address the multiple issues concerning discovery in this case and to avoid the

necessity of filing further motions which only serve to delay the discovery process.

THE PLAINTIFF,
JEANNE M. SULLIVAN

BY_____

Owen P. Eagan
EAGAN & DONOHUE
24 Arapahoe Road
West Hartford, CT 06107
Federal Bar No. ct00716
(860)232-7200
(Her Attorney)

## **<u>CERTIFICATION</u>**

This certified that the foregoing Motion for Discovery Conference was sent First Class

Mail, postage prepaid this 19th day of December, 2003 to:

William C. Franklin, Esq.
Cramer & Anderson, LLP
P.O. Box 278
46 West Street
Litchfield, CT 06759

Matthew J. Lefevre, Esq.
241 Asylum Street, 3rd Floor
Hartford, CT 06103

_____
Owen P. Eagan

*CivilX01-P37.MotionDiscov.Conf./st*