

FILED

2003 DEC 22 P 2: 00

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEANNE M. SULLIVAN, | : CIVIL ACTION NO.: |
| PLAINTIFF | : NO.: 302CV916(CFD) |
| VS. | : |
| DAVID J. SULLIVAN | : DECEMBER 19, 2003 |

### SUPPLEMENTAL REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT, DAVID SULLIVAN, TO SIGN AUTHORIZATION TO RELEASE BANK RECORDS

The Plaintiff, Jeanne M. Sullivan, hereby supplements her reply to Defendant's Memorandum in Opposition to Plaintiff's Motion to Compel Defendant to Sign Authorization to Release Bank Records.

Attached hereto is a copy of the Defendant's responses to Plaintiff's Requests to Admit dated November 18, 2003. The Plaintiff's Conservator of the Estate, Matthew J. Lefevre, has traced assets of the Plaintiff's, Jeanne M. Sullivan, into The Bank of N.T. Butterfield & Son Ltd. (hereinafter "Bank of Butterfield") concerning bank Account Number 20 006 840 705780 100. In the attached responses, David Sullivan has further admitted that:

1. He has information concerning this account (see response to Request to Admit #34);

2. He opened Account Number 20 006 840 705780 100 (see response to Request to Admit #34);

3. He cannot obtain information from the Bank of Butterfield concerning Account Number 20 006 840 705780 100 (see response to Request to Admit #42);

4.  He is a co-signer on Account Number 20 006 840 705780 100 (see response to Request to Admit #43);

Oddly enough, he denies that he is aware of the existence of any bank account in Bermuda presently holding funds owned by Jeanne M. Sullivan.

David Sullivan held his mother's power of attorney since 1991 (copy of Power of Attorney attached).

David Sullivan's mother did not live in Bermuda, but he did. He has deposited well over $250,000,00 of his mother's funds into an account which he controls and which admittedly is a co-signer of, yet he denies that he owns the account as set forth in his previous responses to Requests to Admit and he denies that he is aware of any bank account presently holding funds owned by Jeanne M. Sullivan in Bermuda (see response to Request to Admit #44).

The Plaintiff, Jeanne M. Sullivan is entitled to an accounting of what the Defendant, David J. Sullivan, has done with her funds and she is entitled to verification of that information which can readily be provided by the Defendant, if he signs an authorization permitting Jeanne M. Sullivan to obtain that information from the Bank of Butterfield.

**WHEREFORE**, the Plaintiff respectfully moves this Court to Order David J. Sullivan to sign the authorization so that the records can be obtained independently by the Plaintiff.

> PLAINTIFF,
> JEANNE M. SULLIVAN
>
> BY _____
> Owen P. Eagan
> EAGAN & DONOHUE
> 24 Arapahoe Road
> West Hartford, CT 06107
> Juris #: ct00716
> (860)232-7200

## **CERTIFICATION**

This certified that a copy of the foregoing Supplemental Response to Defendant's Memorandum in Opposition to Plaintiff's Motion to Compel Defendant, David Sullivan, to Sign Authorization to Release Bank Records was mailed, postage prepaid this 19th day of December to all counsel and pro se parties of record as follows:

William C. Franklin, Esq.
Cramer & Anderson
P.O. Box 278
46 West Street
Litchfield, CT 06759

Matthew J. Lefevre, Esq.
241 Asylum Street, 3rd Floor
Hartford, CT 06103

Owen P. Eagan

*X01.P35ReplyToDefendant/st*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

JEANNE M. SULLIVAN,

    Plaintiff,

  against

DAVID J. SULLIVAN,

    Defendant

Case No. 302 CV 916 (CFD)

December 16, 2003

---

## DEFENDANT'S RESPONSES TO
## PLAINTIFF'S REQUESTS TO ADMIT DATED NOVEMBER 18, 2003

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the Defendant in the above captioned matter hereby responds to the Plaintiff's Requests to Admit dated November 18, 2003 as follows:

1. *That Jeanne M. Sullivan has assets located in Bermuda.*

**RESPONSE:**

**The Defendant, David J. Sullivan, cannot truthfully admit or deny this requested admission. Matthew Lefevre, Esq. was appointed Conservator of the Estate of Jeanne M. Sullivan on June 13, 2002. He has exclusively handled all financial matters pertinent to Jeanne M. Sullivan since that date. The Defendant does not currently know the amount or location of any assets owned by Jeanne M. Sullivan.**

2.   *That those assets owned by Jeanne M. Sullivan located in Bermuda include cash.*

**RESPONSE:**

**See response to request to admit #1.**

3.   *That those assets owned by Jeanne M. Sullivan located in Bermuda include bank accounts.*

**RESPONSE:**

**See response to request to admit #1.**

4.   *That those assets owned by Jeanne M. Sullivan located in Bermuda include real estate.*

**RESPONSE:**

**See response to request to admit #1.**

5.   *That those assets owned by Jeanne M. Sullivan located in Bermuda include stocks.*

**RESPONSE:**

**See response to request to admit #1.**

2

6. *That those assets owned by Jeanne M. Sullivan located in Bermuda include bonds.*

**RESPONSE:**

**See response to request to admit #1.**

7. *That those assets owned by Jeanne M. Sullivan located in Bermuda include mutual funds.*

**RESPONSE:**

**See response to request to admit #1.**

8. *That those assets owned by Jeanne M. Sullivan located in Bermuda include insurance policies.*

**RESPONSE:**

**See response to request to admit #1.**

9. *That those assets owned by Jeanne M. Sullivan located in Bermuda include annuities.*

**RESPONSE:**

**See response to request to admit #1.**

10. *That those assets owned by Jeanne M. Sullivan located in Bermuda include personal property.*

**RESPONSE:**

**See response to request to admit #1.**

11. *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $10,000.00.*

**RESPONSE:**

**See response to request to admit #1.**

12. *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $20,000.00.*

**RESPONSE:**

**See response to request to admit #1.**

13. *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $30,000.00.*

**RESPONSE:**

**See response to request to admit #1.**

14.    That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $40,000.00.

**RESPONSE:**

**See response to request to admit #1.**

15.    That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $50,000.00.

**RESPONSE:**

**See response to request to admit #1.**

16.    That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $60,000.00.

**RESPONSE:**

**See response to request to admit #1.**

17.    That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $70,000.00.

**RESPONSE:**

**See response to request to admit #1.**

18. *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $80,000.00.*

**RESPONSE:**

**See response to request to admit #1.**

19. *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $90,000.00.*

**RESPONSE:**

**See response to request to admit #1.**

20. *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $100,000.00.*

**RESPONSE:**

**See response to request to admit #1.**

21. *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $150,000.00.*

**RESPONSE:**

**See response to request to admit #1.**

6

22.  *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $200,000.00.*

RESPONSE:

**See response to request to admit #1.**


23.  *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $250,000.00.*

RESPONSE:

**See response to request to admit #1.**


24.  *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $300,000.00.*

RESPONSE:

**See response to request to admit #1.**


25.  *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $350,000.00.*

RESPONSE:

**See response to request to admit #1.**

26.   That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $400,000.00.

**RESPONSE:**

**See response to request to admit #1.**

27.   That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $450,000.00.

**RESPONSE:**

**See response to request to admit #1.**

28.   That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $500,000.00.

**RESPONSE:**

**See response to request to admit #1.**

29.   That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $550,000.00.

**RESPONSE:**

**See response to request to admit #1.**

30. *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $600,000.00.*

**RESPONSE:**

**See response to request to admit #1.**

31. *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $650,000.00.*

**RESPONSE:**

**See response to request to admit #1.**

32. *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $700,000.00.*

**RESPONSE:**

**See response to request to admit #1.**

33. *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $750,000.00.*

**RESPONSE:**

**See response to request to admit #1.**

34.   That the Defendant, David J. Sullivan, has information from Bermuda's Bank of N.T. & Son Limited (hereinafter "Bank of Butterfield") concerning bank account number 20 006 840 705780 100

**RESPONSE:**

**ADMITTED.**


35.   That the Defendant, David J. Sullivan, opened account number 20 006 840 705780 100 at Bank of Butterfield.

**RESPONSE:**

**ADMITTED.**


36.   That the Bank of Butterfield account number 20 006 840 705780 100 was in David J. Sullivan's mother's name.

**RESPONSE:**

**DENIED.**


37.   That the Bank of Butterfield account number 20 006 840 705780 100 was in David J. Sullivan's mother's name and in the name of others.

**RESPONSE:**

**DENIED.**

10

38.   That the Bank of Butterfield account number 20 006 840 705780 100 was in David J. Sullivan's father's name, James J. Sullivan.

RESPONSE:

DENIED.

39.   That the Bank of Butterfield account number 20 006 840 705780 100 was in David J. Sullivan's father's name, James J. Sullivan, and in the name of others.

RESPONSE:

DENIED.

40.   That the Bank of Butterfield account number 20 006 840 705780 100 was in David J. Sullivan's brother's name, James J. Sullivan, Jr.

RESPONSE:

DENIED.

41.   That the Bank of Butterfield account number 20 006 840 705780 100 was in David J. Sullivan's brother's name, James J. Sullivan, Jr. and in the name of others.

RESPONSE:

DENIED.

42.   That the Defendant, David J. Sullivan, can obtain information from the Bank of Butterfield concerning account number 20 006 840 705780 100.

**RESPONSE:**

**ADMITTED.**

43.   That the Defendant, David J. Sullivan, is a co-signer of account number 20 006 840 705780 100 at the Bank of Butterfield.

**RESPONSE:**

**ADMITTED.**

44.   That the Defendant, David J. Sullivan, knows of other bank accounts presently holding Jeanne M. Sullivan's funds.

**RESPONSE:**

**David J. Sullivan denies that he is aware of the existence of any bank account in Bermuda presently holding funds owned by Jeanne M. Sullivan.**

THE DEFENDANT
DAVID J. SULLIVAN

BY _____
William C. Franklin
Fed. Bar No. ct07187
For Cramer & Anderson, LLP
P.O. Box 278
46 West Street
Litchfield, CT 06759
Tel No. (860) 567-8718
Fax No. (860) 567-4531
wfranklin@cramer-anderson.com

13

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid to all counsel and pro se parties of record on December 16, 2003.

Owen P. Eagan, Esq.
Egan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

_____
William C. Franklin,
Fed. Bar No. ct 07187

14

Notice: The powers granted by this document are broad and sweeping. They are defined in Connecticut Statutory Short Form Power of Attorney Act, sections 1-42 to 1-56, inclusive, of the general statutes, which expressly permits the use of any other or different form of power of attorney desired by the parties concerned.

KNOW ALL MEN BY THESE PRESENTS, Which are intended to constitute a GENERAL POWER OF ATTORNEY pursuant to Connecticut Statutory Short Form Power of Attorney Act:

That I, JEANNE M. SULLIVAN of 299 East Street, P. O. Box 645, Sharon, CT 06069
(insert name and address of the principal)

do hereby appoint DAVID J. SULLIVAN of P. O. Box HM 2072, Hamilton, Bermuda HMHX
(insert name and address of the agent, or each agent, if more than one is designated)

my attorney(s) -in-fact TO ACT

Insert in this blank the word "severally." Failure to make any insertion or the insertion of the word "jointly" shall require the agents to act jointly. If more than one agent is designated and the principal wishes each agent alone to be able to exercise the power conferred.

**First.** In my name, place and stead in any way which I myself could do, if I were personally present, with respect to the following matters as each of them is defined in the Connecticut Statutory Short Form Power of Attorney Act to the extent that I am permitted by law to act through an agent:

(Strike out and initial in the opposite box any one or more of the subdivisions as to which the principal does NOT desire to give the agent authority. Such elimination of any one or more of subdivisions (A) to (K), inclusive, shall automatically constitute an elimination also of subdivision (L). To strike out any subdivision the principal must draw a line through the text of that subdivision AND write his initials in the box opposite.)

(A) real estate transactions; ( )
(B) chattel and goods transactions; ( )
(C) bond, share and commodity transactions; ( )
(D) banking transactions; ( )
(E) business operating transactions; ( )
(F) insurance transactions; ( )
(G) estate transactions; ( )
(H) claims and litigation; ( )
(I) personal relationships and affairs; ( )
(J) benefits from military service; ( )
(K) records, reports and statements; ( )
(L) all other matters; ( )

(Special provisions and limitations may be included in the statutory short form power of attorney only if they conform to the requirements of the Connecticut Statutory Short Form Power of Attorney Act.)

**Second,** With full and unqualified authority to delegate any or all of the foregoing powers to any person or persons whom my attorney -in-fact shall select.

**Third,** Hereby ratifying and confirming all that said attorney or substitute do or cause to be done.

**Fourth,** This Power of Attorney shall not be affected by my subsequent disability or incompetence.

**Fifth.**    *I hereby agree that any third party receiving a copy or facsimile of this executed instrument may act in reliance thereon and that revocation or termination of this power of attorney shall be ineffective as to such third party unless and until actual notice or knowledge thereof shall have been received by such third party, and I, for myself and my heirs, assigns and legal representatives, hereby agree to indemnify and hold harmless any such third party from and against any and all claims that may arise against such third party by reason of reliance on such copy of this instrument.*

**In Witness Whereof,**    *I have hereunto signed my name and affixed my seal*

this 17th day of September            19 91

Signed, sealed and delivered in presence of:

_____          _____
Nancy W. Field                                      Jeanne M. Sullivan
                                                    Signature of Principal
_____
Paul L. Cornell, Jr.


STATE OF CONNECTICUT
COUNTY OF    LITCHFIELD            } ss. Washington

The foregoing POWER OF ATTORNEY was acknowledged before me this    17th        day of

September            , 19 91    , by........JEANNE M. SULLIVAN..................................................
                                                    (Principal)



............Paul L. Cornell, Jr............ Commissioner of the Superior Court

---

**Power of Attorney**

STATUTORY SHORT FORM

JEANNE M. SULLIVAN

TO

DAVID J. SULLIVAN

DATED    September 17,    19 91