

FILED

2003 DEC 16  A 11: 54

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
DISTRICT COURT
HARTFORD CT

[handwritten left margin: 1/6/04. Granted. A new date for a hearing will be set in the normal course. U.S.M.J.]

```
------------------------------------------
JEANNE M. SULLIVAN,                    :
                    Plaintiff,         :
                                       :        Case No. 302 CV 916 (CFD)
        against                        :
                                       :
DAVID J. SULLIVAN,                     :
                    Defendant          :        December 15, 2003
------------------------------------------
```

## MOTION FOR CONTINUANCE RE: PREJUDGMENT REMEDY HEARING

Pursuant to Local Civil Rule 7(b), the Defendant, David J. Sullivan, hereby respectfully requests that this Court continue a prejudgment remedy hearing currently scheduled for January 16, 2004 at 10:00 a.m., and in support of this motion states as follows.

1.      By pleading filed October 10, 2003, the Plaintiff Jeanne M. Sullivan moved in part for a prejudgment remedy.

2.      By pleading dated December 15, 2003, the Defendant David J. Sullivan duly objected to the prejudgment remedy sought.

3.      By order of the Court dated December 13, 2003, a hearing on the prejudgment remedy was set for January 16, 2004 at 10:00 a.m.

4.      The undersigned has a scheduling conflict with the prejudgment remedy hearing as scheduled in that by order dated September 10, 2003, the undersigned was