UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEANNE M. SULLIVAN, | : CIVIL ACTION |
| PLAINTIFF | : NO.: 302CV916(CFD) |
| | : |
| VS. | : |
| | : |
| DAVID J. SULLIVAN, | : |
| DEFENDANT | : JANUARY 6, 2004 |

### REQUEST FOR LEAVE OF THE COURT TO FILE ADDITIONAL INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the Plaintiff, Jeanne M. Sullivan in the above referenced matter, hereby moves the Court for permission to file up to and including an additional one hundred twenty-five (125) Interrogatories for the following reasons:

1. The Plaintiff alleged in her Complaint, that David J. Sullivan has defrauded her out of over One Million and 00/100 ($1,000,000.00) Dollars of her assets over a ten (10) year period;

2. The Plaintiff further alleged that David J. Sullivan removed financial records from her home which are necessary to prove that the Defendant defrauded her out of this money;

3. In order to properly prepare for the Defendant's deposition in this case, the Plaintiff needs written answers to Interrogatories;

4. The Defendant has misrepresented and/or testified falsely to the Probate Court that he did not have possession and control over any of his mother's bank assets when in fact he has now admitted, pursuant to Plaintiff's Request to Admit that he is a co-signer of The Bank of N.T. Butterfield & Son Ltd. (hereinafter "Bank of Butterfield") Account # 20 006 840

705780 100 into which over Two Hundred Fifty Thousand and 00/100 ($250,000.00) Dollars of his mother's money was transferred;

5. The Defendant has already filed an objection because the Defendant believes Interrogatories which were filed by the Plaintiff with sub-parts number greater than the standard 25 Interrogatories allowed under Rule 33 of the Federal Rules of Civil Procedure, therefore the Defendant refuses to answer those Interrogatories on the basis that more than twenty-five (25) Interrogatories have been filed;

6. The Interrogatories which have been filed by the Plaintiff are relevant and directly impact the central issues in this case;

7. The Defendant's Objection is based on form rather than substance and it has been filed in an effort to delay providing truthful responses to information which will help prove or disprove the allegations set forth in the Plaintiff's Complaint;

8. The Plaintiff, therefore, respectfully moves that she be given leave to file an additional one hundred twenty-five (125) Interrogatories for a total of one hundred fifty (150) Interrogatories to be answered by the Defendant;

9. The Defendant's counsel, William Franklin, has been contacted regarding this motion and he objects to the same; and

10. The Plaintiff respectfully refers the Court's attention to the attached Memorandum of Law in Support of the Plaintiff's Motion for Leave to file Additional Interrogatories.

**WHEREFORE,** the Plaintiff, Jeanne M. Sullivan, respectfully moves the Court for leave to file a total of one hundred fifty (150) Interrogatories, along with corresponding Requests to Produce.

                                  PLAINTIFF,
                                  JEANNE M. SULLIVAN

                                By_____
                                Owen P. Eagan, Esq.
                                Eagan & Donohue
                                24 Arapahoe Road
                                West Hartford, CT 06107
                                Federal Bar No. ct00716
                                (860)232-7200
                                Her Attorney

## CERTIFICATION

This certifies that the foregoing Request for Leave of the Court to File Additional Interrogatories and Memorandum of Law in Support of said motion was mailed First Class, postage prepaid this 6th day of January, 2004 to:

William C. Franklin, Esq.
Cramer & Anderson
P.O. Box 278
46 West Street
Litchfield, CT 06759

Matthew J. Lefevre, Esq.
241 Asylum Street, 3rd Floor
Hartford, CT 06103

_____
Owen P. Eagan