UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 12 P 2:  

DISTRICT COURT
D. CT.

| | |
|---|---|
| JEANNE M. SULLIVAN,<br>          PLAINTIFF | :   CIVIL ACTION<br>:   NO.: 302CV916(CFD) |
| VS. | : |
| DAVID J. SULLIVAN,<br>          DEFENDANT | :   JANUARY 9, 2004 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO RESPOND TO DEFENDANT'S
INTERROGATORIES AND REQUESTS FOR PRODUCTION**

The Plaintiff, Jeanne M. Sullivan, respectfully requests from the Court an extension of time of 30 days, until February 21, 2004, in which to respond to the Defendant's interrogatories and requests for production in the above captioned case. The response was originally due on January 21, 2004.

Plaintiff requests this additional extension for the reason that because of holiday and vacation schedules, Plaintiff's counsel has been delayed in contacting various individuals and obtaining all of the requested documentation to respond to the Defendant's interrogatories and requests for production.

Defendant's counsel has been contacted and he has no objection to this request for additional time.

This is the first such request for an extension of time to respond to the Defendant's interrogatories and requests for production.

PLAINTIFF,
JEANNE M. SULLIVAN

By_____
Owen P. Eagan, Esq.
Eagan & Donohue
24 Arapahoe Road
West Hartford, CT 06107
Federal Bar No. ct00716
(860)232-7200
Her Attorney

## CERTIFICATION

This certifies that the foregoing Request for Extension of Time within which to Respond to Defendant's Interrogatories and Requests for Production was mailed First Class, postage prepaid this 9th day of January, 2004 to:

William C. Franklin, Esq.
Cramer & Anderson
P.O. Box 278
46 West Street
Litchfield, CT 06759

Matthew J. Lefevre, Esq.
241 Asylum Street, 3rd Floor
Hartford, CT 06103

Owen P. Eagan

X01.Civil.P42MotExtenTime/st