UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

JEANNE M. SULLIVAN,
        Plaintiff,

against

DAVID J. SULLIVAN,
        Defendant

Case No. 302 CV 916 (CFD)

January 13, 2004

---

### DEFENDANT'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S INTERROGATORIES, REQUESTS FOR PRODUCTION AND REQUESTS TO ADMIT

The Defendant, David J. Sullivan, respectfully requests that the Court grant an extension of time of 30 days, until February 18, 2004, in which to respond to the Plaintiff's interrogatories and requests for production in the above captioned case. The responses were originally due January 19, 2004. The Defendant, David J. Sullivan, also respectfully requests that the Court grant an extension of time of 30 days, until February 20, 2004, in which to respond to the Plaintiff's requests to admit in the above captioned case. The responses were originally due January 21, 2004.

The Defendant requests this additional time due to Defendant's counsel's heavy trial schedule, which has delayed Defendant's counsel working with the Defendant and other individuals to respond to the Plaintiff's interrogatories, requests for production, and requests to admit.

Plaintiff's counsel has been contacted, and he has no objection to this request for additional time in which to respond to the interrogatories, requests for production, and requests to admit.

This is the first such request for an extension of time to respond to the Plaintiff's interrogatories, requests for production, and requests to admit.

THE DEFENDANT
DAVID J. SULLIVAN

BY _____
William C. Franklin
Fed. Bar No. ct07187
For Cramer & Anderson, LLP
P.O. Box 278
46 West Street
Litchfield, CT 06759
Tel No. (860) 567-8718
Fax No. (860) 567-4531
wfranklin@cramer-anderson.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid to all counsel and pro se parties of record on January 13, 2004.

Owen P. Eagan, Esq.
Egan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

_____
William C. Franklin,
Fed. Bar No. ct 07187