

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 21 2...

| | |
|---|---|
| JEANNE M. SULLIVAN,<br>        PLAINTIFF | : CIVIL ACTION<br>: NO.: 302CV916(CFD)<br>: |
| VS. | : |
| DAVID J. SULLIVAN,<br>        DEFENDANT | :<br>: JANUARY 9, 2004 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO RESPOND TO DEFENDANT'S
INTERROGATORIES AND REQUESTS FOR PRODUCTION**

The Plaintiff, Jeanne M. Sullivan, respectfully requests from the Court an extension of time of 30 days, until February 21, 2004, in which to respond to the Defendant's interrogatories and requests for production in the above captioned case. The response was originally due on January 21, 2004.

Plaintiff requests this additional extension for the reason that because of holiday and vacation schedules, Plaintiff's counsel has been delayed in contacting various individuals and obtaining all of the requested documentation to respond to the Defendant's interrogatories and requests for production.

Defendant's counsel has been contacted and he has no objection to this request for additional time.

This is the first such request for an extension of time to respond to the Defendant's interrogatories and requests for production.

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 1/20/04