UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 JAN 14 P 1: 57
U.S. DISTRICT COURT
HARTFORD, CT.

---

JEANNE M. SULLIVAN,

        Plaintiff,

against

DAVID J. SULLIVAN,

        Defendant

Case No. 302 CV 916 (CFD)

January 13, 2004

---

### DEFENDANT'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S INTERROGATORIES, REQUESTS FOR PRODUCTION AND REQUESTS TO ADMIT

The Defendant, David J. Sullivan, respectfully requests that the Court grant an extension of time of 30 days, until February 18, 2004, in which to respond to the Plaintiff's interrogatories and requests for production in the above captioned case. The responses were originally due January 19, 2004. The Defendant, David J. Sullivan, also respectfully requests that the Court grant an extension of time of 30 days, until February 20, 2004, in which to respond to the Plaintiff's requests to admit in the above captioned case. The responses were originally due January 21, 2004.

The Defendant requests this additional time due to Defendant's counsel's heavy trial schedule, which has delayed Defendant's counsel working with the Defendant and other individuals to respond to the Plaintiff's interrogatories, requests for production, and requests to admit.

*GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 1/20/04*

