UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEANNE M. SULLIVAN,
    Plaintiff,

v.                                   Civil Action No. 3:02CV916(CFD)

DAVID J. SULLIVAN,
    Defendant.

FILED
2004 JAN 21 P 12: 42
U.S. DISTRICT COURT
HARTFORD, CT.

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_X_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_X_ A ruling on the following motions which are currently pending:(orefm.) **Doc. #67,** Rule 26(f) Report; **Doc. #65,** Motion to Compel and Motion for Sanctions; **Doc. #68,** Motion for Disclosure of Assets

___ A settlement conference (orefmisc./cnf)

___ A conference to discuss the following: (orefmisc./cnf)_____

___ Other: (orefmisc./misc) _____

SO ORDERED this 21st day of January 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE