# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEANNE M. SULLIVAN, | : CIVIL ACTION NO. |
| PLAINTIFF | : NO.: 302CV916(CFD) |
| | : |
| VS. | : |
| | : |
| DAVID J. SULLIVAN | : DECEMBER 22, 2003 |

### MOTION TO AMEND PLAINTIFF'S SUPPLEMENTAL REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT, DAVID SULLIVAN, TO SIGN AUTHORIZATION TO RELEASE BANK RECORDS

Due to a clerical error, the Plaintiff, Jeanne M. Sullivan, in the above captioned matter, hereby amends her Supplemental Reply to Defendant's Memorandum dated December 19, 2003 as set forth below.

The Plaintiff hereby deletes Paragraph 2, subsection 3 which reads: "He cannot obtain information from the Bank of Butterfield concerning Account Number 20 006 840 705780 100 (see response to Request to Admit #42)."

The Plaintiff hereby replaces Paragraph 2, subsection 3 with the following: He can obtain information from the Bank of Butterfield concerning Account Number 20 006 840 705780 100 (see response to Request to Admit #42).

This is true because David J. Sullivan admits in his response to Plaintiff's Requests to Admit #42 the following:

That the Defendant, David J. Sullivan, can obtain information from the Bank of Butterfield concerning account number 20 006 840 705780 100.

**RESPONSE: ADMITTED**

PLAINTIFF,
JEANNE M. SULLIVAN

BY /s/ _____
Owen P. Eagan
EAGAN & DONOHUE
24 Arapahoe Road
West Hartford, CT 06107
Juris #: ct00716
(860)232-7200

## CERTIFICATION

This certifies that a copy of the foregoing Motion to Amend Plaintiff's Supplemental Response to Defendant's Memorandum in Opposition to Plaintiff's Motion to Compel Defendant, David Sullivan, to Sign Authorization to Release Bank Records was mailed, postage prepaid this 11th day of February, 2004 to all counsel and pro se parties of record as follows:

William C. Franklin, Esq.
Cramer & Anderson
P.O. Box 278
46 West Street
Litchfield, CT 06759

Matthew J. Lefevre, Esq.
241 Asylum Street, 3rd Floor
Hartford, CT 06103

Owen P. Eagan

*X01.P35ReplyToDefendant/st*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

JEANNE M. SULLIVAN,

    Plaintiff,

  against

DAVID J. SULLIVAN,

    Defendant

Case No. 302 CV 916 (CFD)

December 16, 2003

---

### DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUESTS TO ADMIT DATED NOVEMBER 18, 2003

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the Defendant in the above captioned matter hereby responds to the Plaintiff's Requests to Admit dated November 18, 2003 as follows:

1. *That Jeanne M. Sullivan has assets located in Bermuda.*

**RESPONSE:**

The Defendant, David J. Sullivan, cannot truthfully admit or deny this requested admission. Matthew Lefevre, Esq. was appointed Conservator of the Estate of Jeanne M. Sullivan on June 13, 2002. He has exclusively handled all financial matters pertinent to Jeanne M. Sullivan since that date. The Defendant does not currently know the amount or location of any assets owned by Jeanne M. Sullivan.

2.     *That those assets owned by Jeanne M. Sullivan located in Bermuda include cash.*

**RESPONSE:**

**See response to request to admit #1.**

3.     *That those assets owned by Jeanne M. Sullivan located in Bermuda include bank accounts.*

**RESPONSE:**

**See response to request to admit #1.**

4.     *That those assets owned by Jeanne M. Sullivan located in Bermuda include real estate.*

**RESPONSE:**

**See response to request to admit #1.**

5.     *That those assets owned by Jeanne M. Sullivan located in Bermuda include stocks.*

**RESPONSE:**

**See response to request to admit #1.**

6. That those assets owned by Jeanne M. Sullivan located in Bermuda include bonds.

**RESPONSE:**

**See response to request to admit #1.**

7. That those assets owned by Jeanne M. Sullivan located in Bermuda include mutual funds.

**RESPONSE:**

**See response to request to admit #1.**

8. That those assets owned by Jeanne M. Sullivan located in Bermuda include insurance policies.

**RESPONSE:**

**See response to request to admit #1.**

9. That those assets owned by Jeanne M. Sullivan located in Bermuda include annuities.

**RESPONSE:**

**See response to request to admit #1.**

10. *That those assets owned by Jeanne M. Sullivan located in Bermuda include personal property.*

**RESPONSE:**

See response to request to admit #1.

11. *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $10,000.00.*

**RESPONSE:**

See response to request to admit #1.

12. *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $20,000.00.*

**RESPONSE:**

See response to request to admit #1.

13. *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $30,000.00.*

**RESPONSE:**

See response to request to admit #1.

14.   That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $40,000.00.

**RESPONSE:**

**See response to request to admit #1.**

15.   That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $50,000.00.

**RESPONSE:**

**See response to request to admit #1.**

16.   That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $60,000.00.

**RESPONSE:**

**See response to request to admit #1.**

17.   That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $70,000.00.

**RESPONSE:**

**See response to request to admit #1.**

18. That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $80,000.00.

RESPONSE:

See response to request to admit #1.

19. That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $90,000.00.

RESPONSE:

See response to request to admit #1.

20. That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $100,000.00.

RESPONSE:

See response to request to admit #1.

21. That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $150,000.00.

RESPONSE:

See response to request to admit #1.

22. *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $200,000.00.*

**RESPONSE:**

**See response to request to admit #1.**

23. *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $250,000.00.*

**RESPONSE:**

**See response to request to admit #1.**

24. *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $300,000.00.*

**RESPONSE:**

**See response to request to admit #1.**

25. *That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $350,000.00.*

**RESPONSE:**

**See response to request to admit #1.**

26. That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $400,000.00.

**RESPONSE:**

**See response to request to admit #1.**

27. That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $450,000.00.

**RESPONSE:**

**See response to request to admit #1.**

28. That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $500,000.00.

**RESPONSE:**

**See response to request to admit #1.**

29. That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $550,000.00.

**RESPONSE:**

**See response to request to admit #1.**

30. That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $600,000.00.

RESPONSE:

See response to request to admit #1.

31. That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $650,000.00.

RESPONSE:

See response to request to admit #1.

32. That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $700,000.00.

RESPONSE:

See response to request to admit #1.

33. That those assets owned by Jeanne M. Sullivan located in Bermuda are valued in excess of $750,000.00.

RESPONSE:

See response to request to admit #1.

34. That the Defendant, David J. Sullivan, has information from Bermuda's Bank of N.T. & Son Limited (hereinafter "Bank of Butterfield") concerning bank account number 20 006 840 705780 100

**RESPONSE:**

**ADMITTED.**

35. That the Defendant, David J. Sullivan, opened account number 20 006 840 705780 100 at Bank of Butterfield.

**RESPONSE:**

**ADMITTED.**

36. That the Bank of Butterfield account number 20 006 840 705780 100 was in David J. Sullivan's mother's name.

**RESPONSE:**

**DENIED.**

37. That the Bank of Butterfield account number 20 006 840 705780 100 was in David J. Sullivan's mother's name and in the name of others.

**RESPONSE:**

**DENIED.**

10

38. That the Bank of Butterfield account number 20 006 840 705780 100 was in David J. Sullivan's father's name, James J. Sullivan.

**RESPONSE:**

**DENIED.**

39. That the Bank of Butterfield account number 20 006 840 705780 100 was in David J. Sullivan's father's name, James J. Sullivan, and in the name of others.

**RESPONSE:**

**DENIED.**

40. That the Bank of Butterfield account number 20 006 840 705780 100 was in David J. Sullivan's brother's name, James J. Sullivan, Jr.

**RESPONSE:**

**DENIED.**

41. That the Bank of Butterfield account number 20 006 840 705780 100 was in David J. Sullivan's brother's name, James J. Sullivan, Jr. and in the name of others.

**RESPONSE:**

**DENIED.**

42.   That the Defendant, David J. Sullivan, can obtain information from the Bank of Butterfield concerning account number 20 006 840 705780 100.

**RESPONSE:**

**ADMITTED.**

43.   That the Defendant, David J. Sullivan, is a co-signer of account number 20 006 840 705780 100 at the Bank of Butterfield.

**RESPONSE:**

**ADMITTED.**

44.   That the Defendant, David J. Sullivan, knows of other bank accounts presently holding Jeanne M. Sullivan's funds.

**RESPONSE:**

**David J. Sullivan denies that he is aware of the existence of any bank account in Bermuda presently holding funds owned by Jeanne M. Sullivan.**

THE DEFENDANT
DAVID J. SULLIVAN

BY _____/s/ William C. Franklin_____
William C. Franklin
Fed. Bar No. ct07187
For Cramer & Anderson, LLP
P.O. Box 278
46 West Street
Litchfield, CT 06759
Tel No. (860) 567-8718
Fax No. (860) 567-4531
wfranklin@cramer-anderson.com

13

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid to all counsel and pro se parties of record on December 16, 2003.

Owen P. Eagan, Esq.
Egan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

William C. Franklin,
Fed. Bar No. ct 07187

14