HONORABLE Smith CT(unknown) (October 17, 2001)
DEPUTY CLERK Sunbury    RPTR/ERO/TAPE Brandon

TOTAL TIME: 5 hours 30 minutes

DATE 2/27/04   START TIME 10:20   END TIME 4:45
LUNCH RECESS FROM 12:40 TO 1:40
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:02CV916CFD

Sullivan
vs.
Sullivan, et.

☑ SEE ATTACHED CALENDAR FOR COUNSEL

_____ Plaintiffs Counsel
_____ Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ #53   Motion For Prejudgement Remedy   ☐ granted ☐ denied ☑ advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____