AO 187A (Rev. 7/87)

**Pltf's EXHIBIT AND WITNESS LIST – CONTINUATION**

2/27/04

Sullivan vs. Sullivan B. Sunbury

CASE NO. 3.02CV916CFD

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2-27-04 | | ✓ | Letter 7-11-02 to Mr. Lefevre |
| 2 | | " | | ✓ | Letter 7-19-02 to W. Franklin |
| 3 | | " | ✓ | ✓ | Letter 8-22-02 to W. Franklin |
| 4 | | " | ✓ | ✓ | Letter 9-5-02 to W. Franklin |
| 5 | | " | | ✓ | Letter 9-4-02 to M. Lefevre |
| 6 | | " | | ✓ | 7 Checks Iron Bank Payable to Pltf's Sullivan |
| 7 | | " | | ✓ | Checks – Corner Realty |
| 8 | | " | | ✓ | Corner Realty check $8,414.75 |
| 9 | | " | | ✓ | Letter 1-25-02 JPMorgan |
| 10 | | " | | ✓ | Tootsie roll check $69.16 |
| 11 | | " | | ✓ | Note 4-16-01 |
| 12 | | " | ✓ | | Form 1099 |
| 13 | | " | | ✓ | Check April 6, 01 9,000.00 |
| 14 | | " | ✓ | ✓ | Check 7-21-01 CitiCard |
| 15 | | " | | ✓ | 8-22-02 Letter from Bank of N.T. |
| 16 | | " | | ✓ | Letter 10-1-01 to M. Malion |
| 17 | | " | | ✓ | 9-20-01 Iron Bank fax |
| 18 | | " | | ✓ | David Sullivan fax 10-1-01 |
| 19 | | " | | ✓ | Deft's responses to Pltf's Requests |
| 20 | | " | | ✓ | Request to Admit 12-22-03 1-18-03 |
| 21 | | " | | ✓ | Responses to Plaintiff's 1-29-03 |
| 22 | | " | | ✓ | Letter dated 4-1-03 to Ms. Cordeiro |
| 23 | | " | | ✓ | Check dated 11-11-98 D.J. Sullivan |
| 24 | | " | | ✓ | Susan Xanthos Power of atty |
| 25 | | " | | ✓ | David Sullivan Power of atty |
| | | | | | Matthew Lefebre, Hartford, Ct. |

Page _____ of _____ Pages