FILED

UNITED STATES DISTRICT COURT 2 P I: 23
FOR THE DISTRICT OF CONNECTICUT
U.S. DISTRICT COURT
HARTFORD, CT.



---

JEANNE M. SULLIVAN,
               **Plaintiff,**

      **against**

DAVID J. SULLIVAN,
               **Defendant**

:
:
:
:      **Case No. 302 CV 916 (CFD)**
:
:
:
:      **March 1, 2004**

---

## DEFENDANT'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

The Defendant, David J. Sullivan, respectfully requests that the Court grant an extension of time of 15 days, until March 17, 2004, in which to respond to the Plaintiff's interrogatories and requests for production dated January 29, 2004. The responses were originally due March 2, 2004.

The undersigned spoke with Plaintiff's counsel on February 27, 2004, and Plaintiff's counsel indicated at that time that he consented to this request for additional time in which to respond to the interrogatories and requests for production.

This is the first such request for an extension of time to respond to the Plaintiff's interrogatories and requests for production dated January 29, 2004.

THE DEFENDANT
DAVID J. SULLIVAN


BY _____
        William C. Franklin
        Fed. Bar No. ct07187
        For Cramer & Anderson, LLP
        P.O. Box 278
        46 West Street
        Litchfield, CT  06759
        Tel No. (860) 567-8718
        Fax No. (860) 567-4531
        wfranklin@cramer-anderson.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first class mail,

postage pre-paid to all counsel and pro se parties of record on March 1, 2004.

Owen P. Eagan, Esq.
Egan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

William C. Franklin,
Fed. Bar No. ct 07187

3