# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEANNE M. SULLIVAN, | : CIVIL ACTION NO.: |
| PLAINTIFF | : 3:02 CV 916 (CFD) |
| | : |
| VS. | : |
| | : |
| DAVID J. SULLIVAN | : FEBRUARY 19, 2003 |

## MOTION TO COMPEL DEFENDANT
## TO SIGN RELEASE AND AUTHORIZATION

The Plaintiff, Jeanne M. Sullivan, hereby moves the Court to compel the Defendant, David J. Sullivan, to sign a release and authorization identical to the one attached and marked as Exhibit "A", necessary to gain account information for a single account maintained in Bermuda.

The Plaintiff has identified that over $250,000.00 in assets were transferred from Jeanne M. Sullivan's bank accounts at the National Iron Bank in Sharon, Connecticut to a bank account at the Bank of Butterfield in Bermuda. The funds were then transferred to a separate account at the Bank of Butterfield bearing the Account #20006 840 705 780 100. The first account was

March 29, 2004.  This motion should be **GRANTED**.  There is probable cause to believe plaintiff will prevail in her fraud and breach of fiduciary duty claims against the defendant.  The information requested by the plaintiff is directly relevant to her claims that David Sullivan has stolen or otherwise misappropriated over one million dollars of her monies by, among other things, diverting them into various accounts he maintains, controls, or is affiliated with at the Bank of Butterfield in Bermuda. An order should issue requiring the defendant David Sullivan to execute the appropriate releases and authorizations upon pain of drastic sanctions, including entry of a default judgment and a finding of contempt of court.

Thomas P. Smith
United States Magistrate Judge