

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEANNE M. SULLIVAN, <br> PLAINTIFF | : CIVIL ACTION NO.: <br> : NO.: 302CV916(CFD) |
| VS. | : |
| DAVID J. SULLIVAN | : DECEMBER 3, 2003 |

## MOTION TO COMPEL DEFENDANT, DAVID SULLIVAN'S DEPOSITION AND MOTION FOR SANCTIONS

The Plaintiff, Jeanne M. Sullivan, hereby moves the Court to compel the Defendant, David J. Sullivan, to attend his own deposition pursuant to Rule 37(d) of the Federal Rules of Civil Procedure in Bermuda, his place of residence, within thirty (30) days after this motion is

March 29, 2004. To the extent this motion seeks an order compelling the defendant David J. Sullivan to submit to a deposition, it is **GRANTED**. Sullivan is a party to this lawsuit. The court has already determined that it has in personam jurisdiction over him. The court has likewise determined after an evidentiary hearing that there is probable cause to believe plaintiff will prevail against him for well over a million dollars. Further, he has been ordered to disclose his assets. He has no choice but to submit to a deposition. If the parties cannot agree on another place and time for the deposition, the deposition will be held at the U.S. Courthouse, 450 Main Street, Hartford, Connecticut, in a room to be designated by the Clerk of the Court, on Tuesday May 4, 2004 at 10:00 a.m., and will continue each day thereafter until concluded. Plaintiff's request for sanctions is denied without prejudice on the instant record.

Thomas P. Smith
United States Magistrate Judge