




# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | CIVIL ACTION NO.: |
| PLAINTIFF | : | NO.: 302CV916(CFD) |
| VS. | : | |
| DAVID J. SULLIVAN, | : | |
| DEFENDANT | : | DECEMBER 1, 2003 |

## MOTION FOR DISCLOSURE OF ASSETS

Pursuant to §52-278n, et seq. of the Connecticut General Statutes, the Plaintiff, Jeanne M. Sullivan, in the above referenced action respectfully moves this Court to Order the Defendant, David J. Sullivan, to disclose all property, real and/or personal and/or otherwise, in which he has an interest which is subject to the injunction and/or which may be sufficient to satisfy the prejudgment remedy requested in this matter.

And further, that the Defendant, David J. Sullivan, disclose any and all books, financial statements, bank records, tax returns, savings accounts and documentation and other records related to his finances and/or related to the assets referred above (including his holdings in Bermuda and in the United States).

March 29, 2004. An evidentiary hearing having been held on plaintiff's motion for a prejudgment remedy, and that motion having been granted, the instant motion should be **GRANTED** and it is **SO ORDERED**.

Thomas P. Smith
United States Magistrate Judge