UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------
JEANNE M. SULLIVAN,

    Plaintiff,

  against

DAVID J. SULLIVAN,

    Defendant
------------------------------------------------------------

Case No. 302 CV 916 (CFD)

December 15, 2003

### DEFENDANT'S OBJECTION TO AND MOTION FOR PROTECTIVE ORDER EXCUSING COMPLIANCE WITH PLAINTIFF'S NOTICE OF FILING INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS OF NOVEMBER 19, 2003 AND/OR NOVEMBER 25, 2003

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the Defendant, David J. Sullivan, hereby objects to and moves for a protective order excusing compliance with Plaintiff's Notice of Filing of Interrogatories and Requests for Production originally dated November 19, 2003 and reserved in the identical form November 25, 2003 for the following reasons.

1. Rule 33(a) of the Federal Rules of Civil Procedure provides without leave of court or written stipulation any party may serve upon any other party written interrogatories not exceeding 25 in number, including all discreet subparts.

2. The Plaintiff has neither sought nor obtained approval of the Court to serve in excess of 25 interrogatories.

*3/29/04. Denied.* WWN