FILED

2003 DEC 16 A 11: 54

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD CT

---

JEANNE M. SULLIVAN,
        Plaintiff,

against

DAVID J. SULLIVAN,
        Defendant

Case No. 302 CV 916 (CFD)

December 15, 2003

---

### DEFENDANT'S OBJECTION TO AND MOTION FOR PROTECTIVE ORDER RE: NOTICE OF DEPOSITION OF DECEMBER 11, 2003

    The Defendant, David J. Sullivan, hereby objects to the Plaintiff's Notice of Deposition of December 11, 2003, by which the Plaintiff purports to take the Defendant's deposition in Bermuda on January 22, 2004, and simultaneously moves for protective order excusing the Defendant from attending that proceeding as noticed, and in support of the foregoing states as follows.

    1.    By Notice of Deposition dated December 11, 2003, the Plaintiff purported to notice the Defendant's deposition for Thursday, January 22, 2004 at Hamilton, Bermuda.

    2.    The Defendant is a British subject who resides in Bermuda, and has resided in Bermuda for years prior to the time period 1990 to the present that is the subject of this civil action.

3/29/04 Denied. WMS

FILED 2004 MAR 29 P 1:40 U.S. DISTRICT COURT HARTFORD, CT.