UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEANNE M. SULLIVAN, | : CIVIL ACTION |
| PLAINTIFF | : NO.: 302CV916(CFD) |
| VS. | : |
| DAVID J. SULLIVAN, | : |
| DEFENDANT | : DECEMBER 19, 2003 |

### MOTION FOR DISCOVERY CONFERENCE

The Plaintiff, Jeanne M. Sullivan, in the above referenced matter, hereby moves the [co]urt to conduct a discovery conference concerning the multiple discovery issues in this case.

The Plaintiff has attempted to obtain the Defendant's Deposition and obtain answers to [int]errogatories and obtain compliance to Requests to Produce.

The Defendant, David J. Sullivan, has failed to comply and has filed several objections [to t]hese requests for discovery.

The case is at a standstill. The Plaintiff, Jeanne M. Sullivan, is elderly and in a frail [con]dition in a convalescent home. The discovery process is being delayed for purposes of [gai]ning an advantage over the Plaintiff who may die in the process prior to trial.

This Complaint was filed in May of 2002.

The Plaintiff has attempted on numerous occasions to obtain the deposition of the Defendant, David J. Sullivan, a party in this action. The delay in taking David J. Sullivan's deposition has greatly prejudiced the Plaintiff who must be permitted to proceed with discovery in order to prepare for trial.

[Handwritten annotation on left margin: "3/29/04. Denied as moot. This was discussed in open court. The parties thru counsel engage in discovery conference pursuant to L.R. 37. The undersigned will not participate."]

[Stamp: FILED 2004 MAR 29 P 1:06 U.S. DISTRICT COURT HARTFORD, CT]