

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | CIVIL ACTION |
| PLAINTIFF | : | NO.: 302CV916(CFD) |
| | : | |
| VS. | : | |
| | : | |
| DAVID J. SULLIVAN, | : | |
| DEFENDANT | : | JANUARY 6, 2004 |

### REQUEST FOR LEAVE OF THE COURT TO FILE ADDITIONAL INTERROGATORIES

March 29, 2004. The motion is **GRANTED**. This case involves legally sufficient allegations of fraud, self-dealing, and breach of fiduciary duty by a party defendant over whom this court has in personam jurisdiction. That defendant has allegedly schemed to steal assets from his mother over many years by diverting funds from Connecticut to bank accounts he maintains or controls in Bermuda. He has not been cooperative in permitting discovery in this case. The plaintiff's request for leave to file additional interrogatories is completely reasonable in these circumstances. Therefore, it is **ORDERED** that the plaintiff be permitted to file up to an additional one hundred twenty-five interrogatories in this case. The court declines to "review" the proposed interrogatories before they are filed.

This is not a recommended ruling, but **a discovery order reviewable pursuant to the "clearly erroneous" statutory standard of review. 28 U.S.C. §636.**

Thomas P. Smith
United States Magistrate Judge