# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEANNE M. SULLIVAN,<br>PLAINTIFF | : CIVIL ACTION NO.:<br>: NO.: 302CV916(CFD) |
| VS. | : |
| DAVID J. SULLIVAN | : DECEMBER 22, 2003 |

### MOTION TO AMEND PLAINTIFF'S SUPPLEMENTAL REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT, DAVID SULLIVAN, TO SIGN AUTHORIZATION TO RELEASE BANK RECORDS

Due to a clerical error, the Plaintiff, Jeanne M. Sullivan, in the above captioned matter, hereby amends her Supplemental Reply to Defendant's Memorandum dated December 19, 2003 as set forth below.

The Plaintiff hereby deletes Paragraph 2, subsection 3 which reads: "He cannot obtain information from the Bank of Butterfield concerning Account Number 20 006 840 705780 100 (see response to Request to Admit #42)."

The Plaintiff hereby replaces Paragraph 2, subsection 3 with the following: He can obtain information from the Bank of Butterfield concerning Account Number 20 006 840 705780 100 (see response to Request to Admit #42).

This is true because David J. Sullivan admits in his response to Plaintiff's Requests to Admit #42 the following:

That the Defendant, David J. Sullivan, can obtain information from the Bank of Butterfield concerning account number 20 006 840 705780 100.

**RESPONSE: ADMITTED**