02cv916mtnext

FILED

UNITED STATES DISTRICT COURT 2004 MAR -2 P 1: 23
FOR THE DISTRICT OF CONNECTICUT
U.S. DISTRICT COURT
HARTFORD, CT.

```
--------------------------------------------------
JEANNE M. SULLIVAN,                     :
                          Plaintiff,    :
                                        :   Case No. 302 CV 916 (CFD)
            against                     :
                                        :
DAVID J. SULLIVAN,                      :
                          Defendant     :   March 1, 2004
--------------------------------------------------
```

### DEFENDANT'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

The Defendant, David J. Sullivan, respectfully requests that the Court grant an extension of time of 15 days, until March 17, 2004, in which to respond to the Plaintiff's interrogatories and requests for production dated January 29, 2004.  The responses were originally due March 2, 2004.

The undersigned spoke with Plaintiff's counsel on February 27, 2004, and Plaintiff's counsel indicated at that time that he consented to this request for additional time in which to respond to the interrogatories and requests for production.

This is the first such request for an extension of time to respond to the Plaintiff's interrogatories and requests for production dated January 29, 2004.

3/29/04, Granted nunc pro tunc.

FILED 2004 MAR 29 P 4: 08 U.S. DISTRICT COURT HARTFORD, CT.