# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

JEANNE M. SULLIVAN,
        Plaintiff

v.

DAVID J. SULLIVAN,
        Defendant

CASE NUMBER: 302 CV 916 (CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

David J. Sullivan, defendant

in addition to those appearances already on file.

*U.S. DISTRICT CLERK HARTFORD, CT — 2004 APR 13 P 1:00 — FILED*

---

April 13, 2004
**Date**

ct09843
**Connecticut Federal Bar Number**

(860) 567-8718
**Telephone Number**

(860) 567-4531
**Fax Number**

dcloutier@cramer-anderson.com
**E-mail address**

*Denise M. Cloutier* (signature)
**Signature**

Denise M. Cloutier
**Print Clearly or Type Name**

46 West Street
**Address**

Litchfield, CT 06759

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Owen P. Eagan, Esq.
Eagan & Donohue
24 Arapahoe Rd.
West Hartford, CT 06107

*Denise M. Cloutier* (signature)
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001