FILED

2004 APR 13  P 1: 00

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------
JEANNE M. SULLIVAN,           :
                              :
            Plaintiff,        :     Case No. 302 CV 916 (CFD)
    against                   :
                              :
DAVID J. SULLIVAN,            :
                              :
            Defendant         :     APRIL 13, 2004
------------------------------------------------------------

### DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S RULING ON MOTION TO COMPEL DEFENDANT TO SIGN RELEASE AND AUTHORIZATION

Pursuant to Rule 72 of the Federal Rules of Civil Procedure, the defendant, David J. Sullivan, hereby objects to the Recommended Ruling on Plaintiff's Motion to Compel Defendant to Sign Release and Authorization issued by the Court (Smith, M.J.) on March 29, 2004 (doc. #97). As grounds for this objection, the defendant respectfully submits that the Court's order is clearly erroneous in that it is completely unlimited in time and compels an authorization for the plaintiff to obtain the defendant's bank records for as far back as they exist. Such a fishing expedition and invasion into the defendant's privacy is unjustified. The claims asserted by the plaintiff in this action are all subject to limitations periods of three years or less.

Because the Court's order affords overly broad discovery that is completely unlimited as to time, the defendant respectfully objects and requests that the order be

set aside or, in the alternative, be adjusted to limit the authorization to obtain records from May 29, 1999 until the commencement of this action.

THE DEFENDANT
DAVID J. SULLIVAN,

BY *Denise M. Cloutier*
Denise M. Cloutier
Fed. Bar No. ct09843
For Cramer & Anderson, LLP
P.O. Box 278
46 West Street
Litchfield, CT  06759
Tel No. (860) 567-8718
Fax No. (860) 567-4531
dcloutier@cramer-anderson.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid to all counsel and pro se parties of record on April 13, 2004.

Owen P. Eagan, Esq.
Eagan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

*Denise M. Cloutier*
Denise M. Cloutier
Fed. Bar No. ct 09843