FILED

2004 MAY -3 P 2: 09

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | CIVIL ACTION NO.: |
| PLAINTIFF | : | NO.: 302CV916(CFD) |
| | : | |
| VS. | : | |
| | : | |
| DAVID J. SULLIVAN, | : | |
| DEFENDANT | : | APRIL 29, 2004 |

## ORDER FOR PREJUDGMENT REMEDY ATTACHMENT

**WHEREAS**, the Plaintiff, Jeanne M. Sullivan has made motion for a prejudgment remedy against the Defendant, David J. Sullivan, in the above entitled action and after having been presented and after due hearing thereon and upon finding that the Plaintiff has shown probable cause to sustain the validity of her claim, it is hereby:

**ORDERED:** that in accordance with Section 52-278e of the Connecticut General Statutes, the Plaintiff, Jeanne M. Sullivan, may, to the value of Two Million Two Hundred Thousand ($2,200,000.00) Dollars, attach or garnishee any and all real or personal property of the Defendant, David J. Sullivan; and

**ORDERED:** that the Plaintiff shall attach the Defendant, David J. Sullivan's real property, including but not limited to his real property located in Orlando, Florida; and

**ORDERED:** that the Plaintiff shall attach any and all personal property in the possession of Brown Brothers Herriman held for David J. Sullivan, including but not limited to money market accounts, stocks and bonds and any other assets; and

**ORDERED:** that the Plaintiff shall attach the Defendant, David J. Sullivan's personal property, including but not limited to cash, furniture, fixtures, inventory, equipment, motor vehicle(s), machinery and any such other personal property; and

**ORDERED:** that the Plaintiff may garnishee cash, stocks, bonds, marketable securities, interests, bank accounts, accounts receivable of the Defendants and/or of any other persons or corporations or entities as they are agents, trustees, debtors of the Defendant, David J. Sullivan, and/or others who have concealed in their possession the property of the Defendant, David J. Sullivan.

Dated at Hartford, Connecticut on this 3rd day of May, 2004.

BY THE COURT

_____
JUDGE / CLERK