**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

Mary Wiggins
DEPUTY-IN-CHARGE
HARTFORD

April 21, 2004

William C. Franklin
Cramer & Anderson
46 West St., PO Box 278
Litchfield, Ct. 06759

Re: Case Name: Sullivan vs. Sullivan
Number: 3:02cv916CFD

Dear Attorney Franklin,

As the above matter has been disposed of in this court:

Enclosed are the following exhibit(s):

Exhibit AA Application For Authorization to Continue Lawsuit
Exhibit BB Decree

FILED 2004 MAY -4 A 10: 42 U.S. DISTRICT COURT HARTFORD, CT.

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
Barbara G. Sunbury
Deputy Clerk

ACKNOWLEDGMENT: _____   DATE: 4/29/04