**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

```
----------------------------------------------------------------
                                        :
JEANNE M. SULLIVAN,                     :
                      Plaintiff,        :
                                        :          Case No. 302 CV 916 (CFD)
          against                       :
                                        :
DAVID J. SULLIVAN,                      :
                      Defendant         :          May 4, 2004
----------------------------------------------------------------
```

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO RESPOND TO PLAINTIFF'S  INTERROGATORIES,
REQUESTS FOR PRODUCTION AND REQUESTS TO ADMIT**

The Defendant, David J. Sullivan, respectfully requests that the Court grant an extension of time of 30 days, until June 11, 2004, in which to respond to the Plaintiff's Interrogatories and Requests for Production dated April 6, 2004 and Plaintiff's Request for Admissions dated April 5, 2004.  The responses were originally due May 11, 2004.

The undersigned spoke with Plaintiff's counsel on April 30, 2004, and Plaintiff's counsel indicated at that time that he consented to this request for additional time in which to respond to the Interrogatories, Requests for Production, and Request for Admissions.

This is the first such request for an extension of time to respond to the Plaintiff's Interrogatories and Requests for Production dated April 6, 2004.

PDF created with pdfFactory trial version www.pdffactory.com

2

THE DEFENDANT
DAVID J. SULLIVAN


BY _____
     William C. Franklin
     Fed. Bar No. ct07187
     For Cramer & Anderson, LLP
     P.O. Box 278
     46 West Street
     Litchfield, CT  06759
     Tel No. (860) 567-8718
     Fax No. (860) 567-4531
     wfranklin@cramer-anderson.com

2

PDF created with pdfFactory trial version www.pdffactory.com

3

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via first class mail,

postage pre-paid to all counsel and pro se parties of record on May 4, 2004.

Owen P. Eagan, Esq.
Egan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

_____
William C. Franklin,
Fed. Bar No. ct 07187

3

PDF created with pdfFactory trial version www.pdffactory.com