UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------
                                            :
JEANNE M. SULLIVAN,                         :
                 Plaintiff,                 :
                                            :  Case No. 302 CV 916 (CFD)
         against                            :
                                            :
DAVID J. SULLIVAN,                          :
                 Defendant                  :  May 4, 2004
---------------------------------------------------------------

**DEFENDANT'S MOTION FOR STAY ON ENTRY OF ORDER
FOR PREJUDGMENT REMEDY ATTACHMENT**

  The Defendant, David J. Sullivan, hereby requests that this Court stay the entry of the Order for Prejudgment Remedy Attachment dated April 29, 2004, and submitted by the Plaintiff to the Court with letter dated April 29, 2004, and in support of this Motion states as follows.

  1. The within action involves a claim by the Plaintiff, who is disabled and acting through a Conservator, against the Defendant, the Plaintiff's son, claiming that over approximately a 12-year period of time, the Defendant converted to his own use various assets rightfully owned by the Plaintiff.

  2. On Friday, February 27, 2004, an evidentiary hearing was held before Magistrate Judge Smith, pursuant to an Application for Prejudgment Remedy in which by the terms of such Application, the Plaintiff sought a prejudgment remedy against the Defendant in the sum of 2.2 million dollars.

PDF created with pdfFactory trial version www.pdffactory.com

3. By Memorandum of Decision filed March 29, 2004, Magistrate Judge Smith made certain factual findings, and granted the Application for Prejudgment Remedy. Magistrate Judge Smith made no finding as to the amount of the Prejudgment Remedy that should issue. In addition, Magistrate Judge Smith also recommended that the District Judge enter an injunction upon application by the Plaintiff and submission to the Court of a narrowly drawn proposed order in otherwise proper form.

4. Pursuant to 28 U.S.C. §636 and Local Magistrate Rule 72.2, the Defendant did timely file objection on April 13, 2004 to the Magistrate Judge's ruling on the Plaintiff's Motion for Prejudgment Remedy.

5. Although the Plaintiff has not filed any responsive pleading to the Defendant's timely objection to the Magistrate Judge's ruling on the Plaintiff's Motion for Prejudgment Remedy, the District Court has not yet ruled on the Defendant's filing.

6. The objections raised by the Defendant were raised in good faith, are supported by applicable law, and raise legitimate issues to which the Defendant is entitled to judicial review. See Defendant's Objection to Magistrate Judge's Ruling on Plaintiff's Motion for Prejudgment Remedy #110.

7. If the entry of the Order for Prejudgment Remedy Attachment is not stayed pending review by the District Court of the Magistrate Judge's finding of probable cause to support issuance of the Prejudgment Remedy Attachment, the Defendant will be

PDF created with pdfFactory trial version www.pdffactory.com

divested of the right he has to obtain judicial review of the Magistrate Judge's ruling in this regard.

WHEREFORE, the Defendant, David J. Sullivan, prays that this Motion for Stay be granted, and that the Court stay the issuance of any order for Prejudgment Remedy Attachment until the District Judge has ruled on Defendant's Objection to Magistrate Judge's Ruling on Plaintiff's Motion for Prejudgment Remedy dated April 13, 2004 and currently pending before the District Court.

THE DEFENDANT
DAVID J. SULLIVAN

BY _____
William C. Franklin
Fed. Bar No. ct07187
For Cramer & Anderson, LLP
P.O. Box 278
46 West Street
Litchfield, CT  06759
Tel No. (860) 567-8718
Fax No. (860) 567-4531
wfranklin@cramer-anderson.com

3

PDF created with pdfFactory trial version www.pdffactory.com

4

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid to all counsel and pro se parties of record on May 4, 2004.

Owen P. Eagan, Esq.
Eagan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

_____
William C. Franklin,
Fed. Bar No. ct 07187

4

PDF created with pdfFactory trial version www.pdffactory.com