UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| JEANNE M. SULLIVAN, : | |
|         Plaintiff, : | |
| : | Case No. 302 CV 916 (CFD) |
| against : | |
| : | |
| DAVID J. SULLIVAN, : | |
|         Defendant : | May 4, 2004 |

---

**DEFENDANT'S OBJECTION TO ENTRY OF ORDER FOR
PREJUDGMENT REMEDY ATTACHMENT**

     The Defendant, David J. Sullivan, hereby objects to the issuance of the Order for Prejudgment Remedy Attachment dated April 29, 2004 and submitted to Magistrate Judge Smith by letter of even date therewith, and in support of this Objection states as follows.

     1.    The Defendant incorporates by way of objection to the issuance of the Order for Prejudgment Remedy Attachment those claims and arguments set forth in the Motion for Stay of Issuance of Order for Prejudgment Remedy Attachment of even date herewith, submitted simultaneously herewith, and incorporated into this Objection as if fully set forth herein.

     2.    In addition to the foregoing, the Defendant independently objects to the Order for Prejudgment Remedy Attachment in that it purports to authorize attachment in the sum of two million two hundred thousand dollars ($2,200,000.00). Reference to the

ruling on Plaintiff's Motion for Prejudgment Remedy filed March 29, 2004 will reveal that the Court did not make a finding as to the amount of the prejudgment remedy awarded. The Plaintiff acknowledge this fact by making ex parte communication to the Court to ascertain its intent in that regard, as reflected in the letter attached hereto marked as Exhibit A.  In light of the absence of a finding as to the amount of the prejudgment remedy, purported issuance of a prejudgment remedy order is clearly erroneous.  *See Rafferty v. Noto Brothers Construction, LLC*, 68 Conn. App. 685, 904 (2002).

      3.     The Order for Prejudgment Remedy Attachment if granted would permit attachment of assets situated in Florida, and given the Defendant's residence in Bermuda, purportedly permit attachment of assets located in that jurisdiction as well.  It is respectfully submitted that the Court is without jurisdiction to order attachment of assets situated outside of the State of Connecticut, and specifically in foreign countries. Accordingly, this Order implicates two issues that have not been addressed by the Court.  The first being whether the Defendant can be ordered to produce assets outside of the State of Connecticut within the State of Connecticut for the purpose of their attachment, and the second being whether this Court has authority to order the attachment of assets situated outside the State of Connecticut, and in most cases contemplated by the Order, in a foreign country, namely Bermuda.  Adjudication of these two issues should be resolved before the Order for Prejudgment Remedy Attachment issues.  See pages 31-34 of Defendant's Memorandum in Opposition to

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff's Motion for Prejudgment Remedy of March 4, 2004 attached hereto as Exhibit B, and specifically the bottom of page 32 through the top of page 34 thereof, where the Defendant respectfully reserved the right to address in a situation where a prejudgment remedy issued, whether a) the Defendant could be compelled to bring assets into the State of Connecticut for attachment, and b) whether the Court had jurisdiction to order the attachment of assets situated outside the State of Connecticut.

    WHEREFORE, the Defendant, David J. Sullivan, respectfully objects to the Order for Prejudgment Remedy Attachment of April 29, 2004, and prays that this Court refuse to execute such Order pending resolution of the timely Objection filed to the finding of probable cause in support of the prejudgment remedy and pending resolution of the additional legal issues referenced herein.

                                        THE DEFENDANT
                                        DAVID J. SULLIVAN


BY _____
      William C. Franklin
      Fed. Bar No. ct07187
      For Cramer & Anderson, LLP
      P.O. Box 278
      46 West Street
      Litchfield, CT  06759
      Tel No. (860) 567-8718
      Fax No. (860) 567-4531
      wfranklin@cramer-anderson.com

PDF created with pdfFactory trial version www.pdffactory.com

4

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid to all counsel and pro se parties of record on May 4, 2004.

Owen P. Eagan, Esq.
Eagan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

_____
William C. Franklin,
Fed. Bar No. ct 07187

4

PDF created with pdfFactory trial version www.pdffactory.com