UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

JEANNE M. SULLIVAN,
    Plaintiff,

against

DAVID J. SULLIVAN,
    Defendant

---

Case No. 302 CV 916 (CFD)

May 4, 2004

## NOTICE OF MANUAL FILING

Please take notice that the Defendant, David J. Sullivan, has manually filed the following documents:

1. **Exhibit A: Letter from Attorney Eagan**
2. **Exhibit B: pages 31-34 of Defendant's Memorandum in Opposition to Plaintiff's Motion for Prejudgment Remedy of March 4, 2004**

Both of which Exhibits are attached to Defendant's Objection to Entry of Order for Prejudgment Remedy Attachment filed herewith.

This document has been electronically filed because the document cannot be converted to an electronic format, as we do not currently have a working scanner.

The documents have been manually served on all parties.

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

_____
William C. Franklin, Esq.
Fed. Bar No. ct07187
For Cramer & Anderson, LLP
P.O. Box 278, 46 West Street
Litchfield, CT  06759
Phone (860) 567-8718; Fax (860) 567-4531
wfranklin@cramer-anderson.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid to all counsel and pro se parties of record on May 4, 2004.

Owen P. Eagan, Esq.
Eagan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

_____
William C. Franklin,
Fed. Bar No. ct 07187

2

PDF created with pdfFactory trial version www.pdffactory.com