# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | CIVIL ACTION NO.: |
| PLAINTIFF | : | NO.: 302CV916(CFD) |
| | : | |
| VS. | : | |
| | : | |
| DAVID J. SULLIVAN, | : | |
| DEFENDANT | : | MAY 5, 2004 |

### PLAINTIFF'S REPLY TO DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE SMITH'S RULING ON MOTION TO COMPEL THE DEFENDANT TO SIGN RELEASE AND AUTHORIZATION

The Plaintiff, Jeanne M. Sullivan, hereby submits her Reply to Defendant's Objection to Magistrate Judge Smith's ruling on Plaintiff's Motion to Compel the Defendant to Sign Release and Authorization.

## I.     The Objection is Untimely

Pursuant to 28 U.S.C. §636 and Rule 72 of the Federal Rules of Civil Procedure, "any party wishing to object must, within ten (10) days after service of such order or recommended ruling [on him], serve on all parties, with the Clerk, written objection which shall specifically identify the ruling, order, proposed findings and conclusions, or part thereof which objection is made and the factual and legal basis for such objection."  Rule 72 further states, "service of the order of the Magistrate Judge or recommended ruling shall be deemed to occur no later than five (5) days after the filing of such order or ruling with the Clerk."

In this case, Magistrate Judge Smith's ruling was filed on March 29, 2004. The Plaintiff received the Judge's ruling the next day, Tuesday, March 30, 2004. (See Affidavit of Marco D'Occhio attached hereto.) While Defendant's counsel probably received the ruling on or about the same day, the Defendant fails to state that in his motion.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure, service of the Order is deemed to have been received no later than 5 days after its filing. Five days after filing would have been April 3, 2003, therefore, the Defendant was required to serve his objection on all parties and the Clerk no later than April 13, 2003.

The Defendant's objection was mailed on April 13, 2003 and not served until after that date. The Plaintiff received the Defendant's motion on April 15, 2004. (See Affidavit of Marco D'Occhio attached hereto.) Therefore since the objection was not served until after the time allotted by the Federal Rules of Civil Procedure, the objection is untimely.

II.    **Magistrate Judge Smith's Ruling on Motion to Compel the Defendant to Sign Release and Authorization Should Be Upheld.**

On October 10, 2003, the Plaintiff, Jeanne M. Sullivan, moved the Court to compel the Defendant, David J. Sullivan, to sign a release and authorization, authorizing the Plaintiff to gain information on Account # 20 006 840 70580 100 at Bank of N.T. Butterfield & Son LTD. This was an account which the Defendant, David Sullivan, maintained in Bermuda into which he deposited his mother's money. At least $600,000.00 of deposits were identified.

David Sullivan admitted via request to admit, that he is a co-signer of said account
and that he has used funds from said account for his benefit.

In his memo, the Defendant failed to cite any supporting case law.  Instead, the Defendant scolded the Plaintiff for attempting to subpoena these relevant bank records into Court.

David Sullivan has lived in Bermuda for over ten (10) years.  He probably has a relationship with the individuals at the Bank of N.T. Butterfield & Son LTD.  As of this date, David Sullivan has refused to let the bank provide any information concerning this account.  The Plaintiff has filed legitimate Interrogatories and legitimate Requests to Produce.  The Defendant has refused to honor those requests.  This objection is yet another attempt by the Defendant, David Sullivan, to hide relevant information from the Plaintiff which is prohibited by the rules of discovery.  U.S. v Proctor and Gamble, 356 U.S. 677, 682 (1958); Hickman v. Taylor, 329 U.S. 495, 501 (1947)

Magistrate Judge Smith's Order simply requires David Sullivan to sign a release authorizing the Plaintiff to obtain bank records concerning said account into which his mother's funds were deposited, while he was in control of his mother's financial affairs.

The Court's Order should be upheld.

PLAINTIFF,
JEANNE M. SULLIVAN

By:_____
Owen P. Eagan
EAGAN & DONOHUE
24 Arapahoe Road
West Hartford, CT  06107
Federal Bar No. ct00716
(860)232-7200 - telephone
(860)232-0214 – facsimile
Lawfirm5@mindspring.com

## CERTIFICATION OF SERVICE

This certifies that a copy of the foregoing Plaintiff's Reply To Defendant's Objection To Magistrate Judge Smith's Ruling On Motion To Compel The Defendant To Sign Release And Authorization, postage prepaid, to all parties of record this __5th__ day of May, 2004.

William C. Franklin, Esq.
Cramer & Anderson
P.O. Box 278
46 West Street
Litchfield, CT 06759

_____

Owen P. Eagan

*X01-P50.PermToCompelSignAuth/st*