**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

---

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | |
| Plaintiff, | : | |
| | : | Case No. 302 CV 916 (CFD) |
| against | : | |
| | : | |
| DAVID J. SULLIVAN, | : | |
| Defendant | : | May 14, 2004 |

---

**NOTICE OF MANUAL FILING**

Please take notice that the Defendant, David J. Sullivan, has manually filed the following documents:

**1.     Exhibit A: Letter from Attorney Eagan**

Which Exhibit A is attached to Defendant's Reply Brief In Support of Objection to Magistrate Judge's Ruling on Plaintiff's Motion for Prejudgment Remedy filed herewith.

This document has been not electronically filed because the document cannot be converted to an electronic format, as we do not currently have a working scanner.

The document has been manually served on all parties.

PDF created with pdfFactory trial version www.pdffactory.com

2

                    Respectfully submitted,

                    _____
                    Denise M. Cloutier
                    Fed. Bar No. ct09843
                    William C. Franklin
                    Fed. Bar No. ct07187
                    For Cramer & Anderson, LLP
                    P.O. Box 278, 46 West Street
                    Litchfield, CT  06759
                    Phone (860) 567-8718; Fax (860) 567-4531
                    wfranklin@cramer-anderson.com

**CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid to all counsel and pro se parties of record on May 14, 2004.

Owen P. Eagan, Esq.
Eagan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

                    _____
                    Denise M. Cloutier
                    Fed. Bar No. ct09843

2

PDF created with pdfFactory trial version www.pdffactory.com