# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEANNE M. SULLIVAN, : CIVIL ACTION NO.: | |
|     PLAINTIFF : | |
| : | |
| VS. : | |
| : | |
| DAVID J. SULLIVAN : MAY 21, 2004 | |

**PLAINTIFF'S REPLY TO DEFENDANT'S REPLY BRIEF RE: MOTION FOR PREJUDGMENT REMEDY DATED MAY 14, 2004**

    Pursuant to Rule 7(d) of the Local Rules of Civil Procedure, the Plaintiff, Jeanne M. Sullivan, submits this Brief in reply to the Defendant's Reply Brief Re: Motion for Prejudgment Remedy filed May 14, 2004.

    A Motion for Prejudgment Remedy was referred to Magistrate Judge Smith for a full argument. Magistrate Judge Smith conducted a full day hearing wherein the Plaintiff presented evidence and the Defendant waived his right to present evidence.

    Magistrate Judge Smith filed his ruling based on what the Plaintiff asked for both at the hearing and in the Plaintiff's Brief. The Defendant recognized that the Plaintiff was asking for an attachment in the amount of 2.2 Million Dollars and so stated in his Brief.

    Subsequent to the Court's ruling, the Court has filed an order, a copy of which is attached hereto, specifying the Prejudgment Remedy Attachment is in the amount of 2.2 Million Dollars.

    The Defendant's argument is Moot.

                    PLAINTIFF,
                    JEANNE M. SULLIVAN


BY_____
    Owen P. Eagan
    EAGAN & DONOHUE
    24 Arapahoe Road
    West Hartford, CT 06107
    Fed. Bar No. : ct00716
    (860)232-7200 - Telephone
    (860)232-0214 – Facsimile
    Lawfirm5@Mindspring.com

## **CERTIFICATION**

This certified that a copy of the foregoing Reply was mailed, postage prepaid this 21st day of May, 2004 to all counsel and pro se parties of record as follows:

William C. Franklin, Esq.
Cramer & Anderson
P.O. Box 278
46 West Street
Litchfield, CT 06759

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Owen P. Eagan

*X01.P20.Reply/st*