## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | CIVIL ACTION NO.: |
|     PLAINTIFF | : | |
| | : | |
| VS. | : | |
| | : | |
| DAVID J. SULLIVAN | : | MAY 21, 2004 |

### PLAINTIFF'S REPLY TO DEFENDANT'S REPLY BRIEF RE: DISCLOSURE OF ASSETS DATED MAY 14, 2004

Pursuant to Rule 7(d) of the Local Rules of Civil Procedure, the Plaintiff, Jeanne M. Sullivan, submits this Brief in reply to the Defendant's Reply Brief filed May 14, 2004.

In order to attach 2.2 million dollars as Ordered by Magistrate Judge Smith (copy attached), the Defendant must disclose assets of which he is in possession, otherwise, the Motion for Prejudgment Remedy is useless.

The Motion for Disclosure of Assets should be granted.

                                                        PLAINTIFF,
                                                        JEANNE M. SULLIVAN

BY_____
    Owen P. Eagan
    EAGAN & DONOHUE
    24 Arapahoe Road
    West Hartford, CT 06107
    Fed. Bar No. :  ct00716
    (860)232-7200 - Telephone
    (860)232-0214 – Facsimile
    Lawfirm5@Mindspring.com

## **CERTIFICATION**

      This certified that a copy of the foregoing Reply was mailed, postage prepaid this 21st day of May, 2004 to all counsel and pro se parties of record as follows:

William C. Franklin, Esq.  
Cramer & Anderson  
P.O. Box 278  
46 West Street  
Litchfield, CT 06759

_____  
Owen P. Eagan

*X01.P21.Reply/st*