# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | CIVIL ACTION NO.: |
| PLAINTIFF | : | |
| | : | |
| VS. | : | |
| | : | |
| DAVID J. SULLIVAN | : | MAY 21, 2004 |

### PLAINTIFF'S REPLY TO DEFENDANT'S REPLY BRIEF RE: MOTION TO COMPEL DEFENDANT'S DEPOSITION DATED MAY 14, 2004

Pursuant to Rule 7(d) of the Local Rules of Civil Procedure, the Plaintiff, Jeanne M. Sullivan, submits this Brief in reply to the Defendant's Reply Brief Re: Motion to Compel Defendant's Deposition filed May 14, 2004.

On May 17, 2004, Attorney William Franklin agreed on behalf of his client to conduct a deposition of his client pursuant to the Re-Notice of Deposition which is attached hereto.

Magistrate Judge Smith's Order should therefore be upheld.

                                                      PLAINTIFF,
                                                      JEANNE M. SULLIVAN


BY_____
   Owen P. Eagan
   EAGAN & DONOHUE
   24 Arapahoe Road
   West Hartford, CT 06107
   Fed. Bar No. : ct00716
   (860)232-7200 - Telephone
   (860)232-0214 – Facsimile
   Lawfirm5@Mindspring.com

## **CERTIFICATION**

      This certified that a copy of the foregoing Reply was mailed, postage prepaid this 21st day of May, 2004 to all counsel and pro se parties of record as follows:

William C. Franklin, Esq.
Cramer & Anderson
P.O. Box 278
46 West Street
Litchfield, CT 06759

 

_____
Owen P. Eagan

*X01.P22.Reply/st*

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | CIVIL ACTION NO.: |
|     PLAINTIFF | : | |
| | : | |
| VS. | : | |
| | : | |
| DAVID J. SULLIVAN | : | MAY 21, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Plaintiff, Jeanne M. Sullivan, has manually filed a copy the Defendant's Re-Notice of Deposition dated May 29, 2004 which is attached to the Plaintiff's Reply to Defendant's Reply Brief Re: Motion to Compel Defendant's Deposition Dated May 14, 2004.

This document has been manually filed because this office is in the process of converting its scanner program to include pdf files.

Respectfully Submitted,

BY_____
Owen P. Eagan
EAGAN & DONOHUE
24 Arapahoe Road
West Hartford, CT 06107
Fed. Bar No. : ct00716
(860)232-7200 - Telephone
(860)232-0214 – Facsimile
Lawfirm5@Mindspring.com

## **CERTIFICATION**

This certified that a copy of the foregoing Notice was mailed, postage prepaid this 21st day of May, 2004 to all counsel and pro se parties of record as follows:

William C. Franklin, Esq.
Cramer & Anderson
P.O. Box 278
46 West Street
Litchfield, CT 06759

_____
Owen P. Eagan

*X01.P23.ReplySignRelease&Notice/st*