# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEANNE M. SULLIVAN, : | CIVIL ACTION NO.: |
|       PLAINTIFF : | |
| : | |
| VS. : | |
| : | |
| DAVID J. SULLIVAN : | MAY 21, 2004 |

### PLAINTIFF'S REPLY TO DEFENDANT'S REPLY BRIEF RE:  MOTION TO COMPEL DEFENDANT TO SIGN RELEASE AND AUTHORIZATION DATED MAY 14, 2004

Pursuant to Rule 7(d) of the Local Rules of Civil Procedure, the Plaintiff, Jeanne M. Sullivan, submits this Brief in reply to the Defendant's Reply Brief Re:  Motion to Compel Defendant to Sign Release and Authorization filed May 14, 2004.

The Defendant has agreed to submit to a deposition pursuant to the Re-Notice of Deposition, a copy of which is attached hereto.  The Defendant has agreed therefore to bring all the necessary information (bank records) concerning the N.T. Bank of Butterfield & Son Limited including but not limited to account number 20 006 840 705780 100.

The Plaintiff needs to confirm that the information he brings is accurate and not fabricated as there is a question as to the Defendant's credibility.

The issue of whether this information should be disclosed is moot and the Defendant should be required to sign a release so that the Plaintiff can obtain said bank records verifying what the Defendant is producing at his deposition.

Magistrate Judge Smith's ruling should be upheld.

PLAINTIFF,
JEANNE M. SULLIVAN


BY_____
   Owen P. Eagan
   EAGAN & DONOHUE
   24 Arapahoe Road
   West Hartford, CT 06107
   Fed. Bar No. : ct00716
   (860)232-7200 - Telephone
   (860)232-0214 – Facsimile
   Lawfirm5@Mindspring.com

## **CERTIFICATION**

      This certified that a copy of the foregoing Reply was mailed, postage prepaid this 21st day of May, 2004 to all counsel and pro se parties of record as follows:

William C. Franklin, Esq.
Cramer & Anderson
P.O. Box 278
46 West Street
Litchfield, CT 06759

                                                                                                             _____

                                                                                                                 Owen P. Eagan

*X01.P23.Reply/st*

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | CIVIL ACTION NO.: |
| PLAINTIFF | : | |
| | : | |
| VS. | : | |
| | : | |
| DAVID J. SULLIVAN | : | MAY 21, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that the Plaintiff, Jeanne M. Sullivan, has manually filed a copy the Defendant's Re-Notice of Deposition dated May 29, 2004 which is attached to the Plaintiff's Reply to Defendant's Reply Brief Re: Motion to Compel Defendant to Sign Release and Authorization Dated May 14, 2004.

This document has been manually filed because this office is in the process of converting its scanner program to include pdf files.

                              Respectfully Submitted,

                              BY_____
                                Owen P. Eagan
                                EAGAN & DONOHUE
                                24 Arapahoe Road
                                West Hartford, CT 06107
                                Fed. Bar No. :  ct00716
                                (860)232-7200 - Telephone
                                (860)232-0214 – Facsimile
                                Lawfirm5@Mindspring.com

## **CERTIFICATION**

      This certified that a copy of the foregoing Notice was mailed, postage prepaid this 21st day of May, 2004 to all counsel and pro se parties of record as follows:

William C. Franklin, Esq.
Cramer & Anderson
P.O. Box 278
46 West Street
Litchfield, CT 06759

                                                                                                                   _____
                                                                                                                Owen P. Eagan

*X01.P23.ReplySignRelease&Notice/st*