UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEANNE M. SULLIVAN,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    Civil Action No. 3:02CV916(CFD) |
| | : |
| DAVID J. SULLIVAN,<br>    Defendant. | :<br>: |

## RULING

Pending are Defendant's Objection to Magistrate Judge's Ruling on Motion to Compel Defendant to Sign Release and Authorization [Doc. #111] and Defendant's Objection to Ruling on Motion to Compel Defendant, David Sullivan's Deposition [Doc. #108].

Defendant's Objection to Magistrate Judge's Ruling on Motion to Compel Defendant to Sign Release and Authorization [Doc. #111] is overruled. Magistrate Judge Smith's ruling [Doc. #97] is neither clearly erroneous nor contrary to law. The Plaintiff's Motion to Compel Defendant to Sign Release and Authorization [Doc. #29] remains GRANTED.

Defendant's Objection to Ruling on Motion to Compel Defendant, David Sullivan's Deposition [Doc. #108] is denied as moot in light of the deposition scheduled for June 23, 2004.

SO ORDERED this 1st day of June, 2004, at Hartford, Connecticut.

  /s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**