UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------
                                                :
**JEANNE M. SULLIVAN,**                         :
        **Plaintiff,**   :
                                                :  Case No. 302 CV 916 (CFD)
   against                        :
                                                :
**DAVID J. SULLIVAN,**                          :
        **Defendant**    :  OCTOBER 28, 2004
---------------------------------------------------------------

### SUPPLEMENT RE: TRANSCRIPT TO DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S RULING ON PLAINTIFF'S MOTION FOR PREJUDGMENT REMEDY OF APRIL 13, 2004

In accordance with the representation made by Attorney Cloutier, counsel for David J. Sullivan at the conclusion of the hearing on the above-captioned matter on October 25, 2004, what follows are designations of those portions of the transcript on which David J. Sullivan relies in claiming there was insufficient evidence to establish issuance of the prejudgment remedy against him.

Notwithstanding the following designations, insofar as David J. Sullivan's claim is that the evidence was insufficient, it is respectfully urged that the court review the entire transcript, to assist it in ruling on such claim:

    Evidence re: $250,000.00 check drawn in 1996; $250,000.00 check drawn in 1997; and five $20,000.00 checks drawn in April 2000: Transcript pages 39-51, 128, 132-134,172-174

PDF created with pdfFactory trial version www.pdffactory.com

Evidence re: Corner Realty check in the sum of $93,256.00: Transcript pages 51-59, 163-164

Evidence re: Hurley Industries Stock, which was allegedly sold in 1994 & 1995 for $454,443.00: Transcript pages 89-94, 96-97, 128-131

Evidence re: alleged misappropriation of Varian Stock: Transcript pages 26-29, 35-36, 70-82; 137-138, 157-159

Evidence re: alleged "unaccounted for transactions" in the sum of $742,000.00: Transcript pages 109-111, 147-148

Evidence re: Corner Realty $8,414.00 check: Transcript pages 66-70

                THE DEFENDANT
                DAVID J. SULLIVAN


BY _____
    William C. Franklin
    Fed. Bar No. ct07187
    For Cramer & Anderson, LLP
    P.O. Box 278
    46 West Street
    Litchfield, CT  06759
    Tel No. (860) 567-8718
    Fax No. (860) 567-4531
    wfranklin@cramer-anderson.com

PDF created with pdfFactory trial version www.pdffactory.com

3

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid to all counsel and pro se parties of record on October 28, 2004.

Owen P. Eagan, Esq.
Egan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

_____
William C. Franklin,
Fed. Bar No. ct 07187

3

PDF created with pdfFactory trial version www.pdffactory.com