FILED

2004 DEC 13 A 11: 27

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | CIVIL ACTION NO.: |
| PLAINTIFF | : | NO.: 302CV916(CFD) |
| | : | |
| VS. | : | |
| | : | |
| DAVID J. SULLIVAN | : | DECEMBER 9, 2004 |

## MOTION FOR CONTEMPT AND SANCTIONS

After a full hearing before United States Magistrate Judge Thomas P. Smith, an Order for Prejudgment Attachment entered on March 29, 2004 against the Defendant, David J. Sullivan, in favor of the Plaintiff, Jeanne M. Sullivan.

Consistent with that Order, the Court, through United States Magistrate Judge Thomas P. Smith, granted the Plaintiff's Motion for Disclosure of Assets so that the Plaintiff could satisfy the Order of Prejudgment Remedy Attachment. A copy of the Court's Order is attached hereto and marked Exhibit "A".

The Defendant, David J. Sullivan, objected to the Order for Prejudgment Remedy Attachment and the Order for Disclosure of Assets.

After hearing before the Honorable Christopher F. Droney, the Court overruled both the Defendant's objections on November 8, 2004.

The undersigned made four (4) requests of defense counsel to comply with the Court Order to disclose assets in writing. Copies of those letters dated November 10, 2004, November 15, 2004, and November 17, 2004 are attached hereto as Exhibits "B1", "B2", "B3" and "B4" respectively.

On December 3, 2004, David Sullivan through his counsel, William C. Franklin, submitted a letter with David Sullivan's "List Assets" a copy of which is attached hereto and marked Exhibit "C".

The list which appears to have been drafted by David J. Sullivan himself, provides minimal disclosure and is not in compliance with the Court's Order. The Court's Order required that David Sullivan's disclosure of the following:

> All property, real and/or personal and/or otherwise in which he has an interest which is subject to the injunction and/or which may be sufficient to satisfy the Prejudgment Remedy requested in this matter.

> And further, that the Defendant, David J. Sullivan disclose any books, financial statements, bank records, tax returns, savings accounts and documentation and other records related to his finances and/or related to the assets referred to above (including his holdings in Bermuda and the United States).

The list of assets provided by David Sullivan is wholly insufficient and filed deliberately to avoid disclosure and/or to delay the actual disclosure of his assets pursuant to the Court's direct Order.

The Defendant's actions to date have demonstrated his contempt for this Court. He has deliberately delayed the litigation in this case. He has deliberately impeded the discovery process. His actions have prejudiced the Plaintiff, his mother Jeanne M. Sullivan, who is eighty-six (86) years old. The Defendant's goal appears to be to delay the trial of this matter until after his mother dies.

**WHEREFORE**, the Plaintiff, Jeanne M. Sullivan respectfully moves the Court to hold the Defendant, David J. Sullivan in contempt and sanction him in this matter by Ordering him to pay legal fees in the amount of $2,500.00.

And further, the Plaintiff, Jeanne M. Sullivan respectfully moves the Court to enter a default against the Defendant, David J. Sullivan or in the alternative, schedule the trial in the matter for January or February of 2005.

PLAINTIFF,
JEANNE M. SULLIVAN

BY _____
Owen P. Eagan
EAGAN & DONOHUE
24 Arapahoe Road
West Hartford, CT 06107
Juris #: ct00716
(860)232-7200

## **ORDER**

**ORDERED:** The Defendant to pay sanctions in the amount of $2,500.00 necessary to draft, file and argue this motion before the Court

Dated at Hartford, Connecticut on this _____ Day of _____, 2004.

BY THE COURT

_____
JUDGE/CLERK

## **CERTIFICATION**

This certified that a copy of the foregoing Motion for Contempt and Sanctions was mailed, postage prepaid this 9th day of December, 2004 to all counsel and pro se parties of record as follows:

William C. Franklin, Esq.
Cramer & Anderson
P.O. Box 278
46 West Street
Litchfield, CT 06759

Matthew J. Lefevre, Esq.
241 Asylum Street, 3rd Floor
Hartford, CT 06103

_____
Owen P. Eagan

*X01.P53,MotForContempt&Sanctions/st*



FILED

2003 DEC -3 P 1:59

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, PLAINTIFF | : | CIVIL ACTION NO.: NO.: 302CV916(CFD) |
| VS. | : | |
| DAVID J. SULLIVAN, DEFENDANT | : | DECEMBER 1, 2003 |

## MOTION FOR DISCLOSURE OF ASSETS

Pursuant to §52-278n, et seq. of the Connecticut General Statutes, the Plaintiff, Jeanne M. Sullivan, in the above referenced action respectfully moves this Court to Order the Defendant, David J. Sullivan, to disclose all property, real and/or personal and/or otherwise, in which he has an interest which is subject to the injunction and/or which may be sufficient to satisfy the prejudgment remedy requested in this matter.

And further, that the Defendant, David J. Sullivan, disclose any and all books, financial statements, bank records, tax returns, savings accounts and documentation and other records related to his finances and/or related to the assets referred above (including his holdings in Bermuda and in the United States).

FILED MAR 29 P 1:46 U.S. DISTRICT COURT HARTFORD

March 29, 2004. An evidentiary hearing having been held on plaintiff's motion for a prejudgment remedy, and that motion having been granted, the instant motion should be GRANTED and it is SO ORDERED.

Thomas P. Smith
United States Magistrate Judge

**EXHIBIT "A"**

# Eagan & Donohue
### ATTORNEYS AT LAW

OWEN P. EAGAN
THOMAS W. DONOHUE
MICHAELA J. ROSENBERGER
MARCO D'OCCHIO

THE GRISWOLD HOUSE
24 ARAPAHOE ROAD
WEST HARTFORD, CONNECTICUT 06107
(860) 232-7200

TELECOPIER (860) 232-0214

November 10, 2004

**VIA FAX (860) 567-4531 and FIRST CLASS MAIL**

William C. Franklin, Esq.
Cramer & Anderson
P.O. Box 278
46 West Street
Litchfield, CT 06759

**Re: Jeanne M. Sullivan v. David J. Sullivan**

Dear Bill:

In accordance with the Court's rulings dated November 8, 2004 against the Defendant, David Sullivan, please provide me with three dates upon which David Sullivan is available for deposition in Connecticut in November and early December, 2004.

Pursuant to the Court's Order, please also provide me with a complete and detailed disclosure of all of David Sullivan's assets so that the Plaintiff may properly attach those necessary to satisfy the Prejudgment Remedy.

Thank you.

Very truly yours,

Owen P. Eagan

OPE/st

c Matthew Lefevre, Esq.
X01-L173.Franklin

**EXHIBIT "B1"**

*Eagan & Donohue*

ATTORNEYS AT LAW

OWEN P. EAGAN
THOMAS W. DONOHUE
MICHAELA J. ROSENBERGER
MARCO D'OCCHIO

THE GRISWOLD HOUSE
24 ARAPAHOE ROAD
WEST HARTFORD, CONNECTICUT 06107
(860) 232-7200

TELECOPIER (860) 232-0214

November 15, 2004

**Via Fax (860) 567-4531** and Regular Mail

William C. Franklin
Cramer & Anderson, LLP
46 West Street
P.O. Box 278
Litchfield, CT 06759-0278

**Re: Jeanne M. Sullivan v. David Sullivan, et al**

Dear Bill:

Thank you for your letter dated November 15, 2004 wherein you acknowledged receipt of my letter dated November 10, 2004.

I understand you have written Mr. Sullivan relative to deposition dates in November and December. However, I do not have confirmation that you wrote to Mr. Sullivan about disclosing all of his assets pursuant to the Court's order.

Please advise.

Very truly yours,

Owen P. Eagan

OPE:ddl
X01-L

**EXHIBIT "B2"**

## *Eagan & Donohue*

ATTORNEYS AT LAW

OWEN P. EAGAN
THOMAS W. DONOHUE
MICHAELA J. ROSENBERGER
MARCO D'OCCHIO

THE GRISWOLD HOUSE
24 ARAPAHOE ROAD
WEST HARTFORD, CONNECTICUT 06107
(860) 232-7200

TELECOPIER (860) 232-0214

November 17, 2004

**Via Fax (860) 567-4531**

William C. Franklin
Cramer & Anderson, LLP
46 West Street
P.O. Box 278
Litchfield, CT  06759-0278

**Re: Jeanne M. Sullivan v. David Sullivan, et al**

Dear Bill:

It would be easier for me to review David Sullivan's financial statement prior to the deposition.

Please have him comply with the Court's order.

Very truly yours,

Owen P. Eagan

OPE:ddl
*X01-L14*

**EXHIBIT "B3"**

# David J. Sullivan, Esq., JP

## List of Assets

| TYPE | TITLE | LOCATION | % OF OWNERSHIP |
|---|---|---|---|
| Bank Account (checking) #1002-26017 9 | David J. & or Janice M. Sullivan | Bank of Bermuda, HSBC Front Street, Hamilton, Bermuda | 50% |
| Bank Account (checking) 20 006 840 705780 100 | David J. & or Janice M. Sullivan | Bank of N.T. Butterfield & Son Ltd Front Street, Hamilton, Bermuda | 50% |
| House & Property | David J. & Janice M., Kelly, Claire & Maureen Sullivan | 6 Camden North Road Paget, DV 03, Bermuda | 20% |
| Furnishings | David J. & Janice M. Sullivan | 6 Camden North Road Paget, DV 03, Bermuda | 50% |
| Shares-common 1,833 | David J. & Janice M. Sullivan | Bank of N.T. Butterfield & Son Ltd Front Street, Hamilton, Bermuda | 50% |
| Shares 4,800 common | David J. Sullivan | Sun Control Limited Parliament Street, Hamilton, Bermuda | 100% |
| House & Property | David J. & Janice M. Sullivan | 3501 Ocia Drive Orlando, FL 32837, USA | 50% |
| Bank Account (checking) #9870 | David J. & or Janice M. Sullivan | Bank of America Town Center Blvd. Orlando, FL 32837, USA | 50% |
| Whole Life Policy | David J. Sullivan | BF & M Life Co., Ltd. Pitts Bay Road, Pembroke, Bermuda | 100% |

TOTAL P.03

**EXHIBIT "C"**