UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------
                                        :
JEANNE M. SULLIVAN,                     :
                    Plaintiff,          :
                                        :   Case No. 302 CV 916 (CFD)
        against                         :
                                        :
DAVID J. SULLIVAN,                      :
                    Defendant           :   December 17, 2004
-----------------------------------------------------------
```

**NOTICE OF MANUAL FILING**

Please take notice that the Defendant, David J. Sullivan, has manually filed the following documents:

1. **Exhibit A:**  Re-Notice of Deposition dated May 19, 2004
2. **Exhibit B:**  Franklin Letter dated December 3, 2004
3. **Exhibit C:**  Eagan & Donohue letter dated December 8, 2004
4. **Exhibit D:**  Re-Notice of Deposition dated December 9, 2004

Which exhibits are attached to Defendant's Motion for Protective Order re: Document Request Related to Re-Notice of Deposition of December 9, 2004 filed herewith.

These documents have been not electronically filed because the documents cannot be converted to an electronic format, as we do not currently have a working scanner.

These documents have been manually served on all parties.

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

_____
William C. Franklin
Fed. Bar No. ct07187
For Cramer & Anderson, LLP
P.O. Box 278, 46 West Street
Litchfield, CT  06759
Phone (860) 567-8718; Fax (860) 567-4531
wfranklin@cramer-anderson.com

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid and via facsimile to all counsel and pro se parties of record on December 17, 2004.

Owen P. Eagan, Esq.
Eagan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

Fax number: 860-232-0214

_____
William C. Franklin
Fed. Bar No. ct07187

2

PDF created with pdfFactory trial version www.pdffactory.com