UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 3:02CV916 (CFD) |
| | : | |
| DAVID J. SULLIVAN, | : | |
| Defendant. | : | |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____ A recommended ruling on the following motions which are currently pending: (orefm.)

_X_ A ruling on the following motions which are currently pending: **[138] Motion for Contempt and Sanctions; [140] Motion for Ancillary Orders Iin Conjunction with Prejudgment Remedy** (orefm.)

____ A settlement conference (orefmisc./cnf)

____ A conference to discuss and approve the following: (orefmisc./cnf)

____ Other: (orefmisc./misc) _____

SO ORDERED this 18th day of January, 2005 at Hartford, Connecticut.

/s/ CFD
Christopher F. Droney
United States District Judge