UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------
                                            :
**JEANNE M. SULLIVAN,**                     :
         **Plaintiff,**   :
                                            :   Case No. 302 CV 916 (CFD)
    against                          :
                                            :
**DAVID J. SULLIVAN,**                      :
         **Defendant**    :   January 24, 2005
------------------------------------------------------------

## NOTICE OF MANUAL FILING

Please take notice that the Defendant, David J. Sullivan, has manually filed the following documents:

1. Exhibit A:   Asset disclosures (multiple pages)
2. Exhibit B:   *Barna v. Schreck*, 2000 Conn. Super. LEXIS 1965

Which exhibits are attached to Defendant's Memorandum in Opposition to Motion for Ancillary Orders in Conjunction with Prejudgment Remedy filed herewith.

These documents have been not electronically filed because the documents cannot be converted to an electronic format, as we do not currently have a working scanner.

These documents have been manually served on all parties.

PDF created with pdfFactory trial version www.pdffactory.com

2

                          Respectfully submitted,

                          _____
                          William C. Franklin
                          Fed. Bar No. ct07187
                          For Cramer & Anderson, LLP
                          P.O. Box 278, 46 West Street
                          Litchfield, CT  06759
                          Phone (860) 567-8718; Fax (860) 567-4531
                          wfranklin@cramer-anderson.com

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid to all counsel and pro se parties of record on January 24, 2005.

Owen P. Eagan, Esq.
Eagan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

                          _____
                          William C. Franklin
                          Fed. Bar No. ct07187

PDF created with pdfFactory trial version www.pdffactory.com