# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

JEANNE M. SULLIVAN,                          :
                       Plaintiff,          :
                                 :
v.                                           : Civil Action No. 3:02CV916 (CFD)
                                 :
DAVID J. SULLIVAN,                           :
                    Defendant.          :

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_   A recommended ruling on the following motions which are currently pending:  (orefm.)

 X    A ruling on the following motion which is currently pending: **[149] Motion to Obtain Authorization to Obtain Financial Record** (orefm.)

\_\_\_\_   A settlement conference (orefmisc./cnf)

\_\_\_\_   A conference to discuss and approve the following:  (orefmisc./cnf)

\_\_\_\_   Other:  (orefmisc./misc) _____

SO ORDERED this 7th  day of June, 2005 at Hartford, Connecticut.

                                       /s/ CFD_____
                                   Christopher F. Droney
                                   United States District Judge