UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

JEANNE M. SULLIVAN,
        Plaintiff,

against

DAVID J. SULLIVAN,
        Defendant

Case No. 302 CV 916 (CFD)

JUNE 10, 2005

---

**NOTICE OF MANUAL FILING**

Please take notice that the Defendant, David J. Sullivan, has manually filed the following documents:

1.    Exhibit A:       List of Assets

2.    Exhibits B-1-B-3:   Letter of December 16, 2004 to Attorney Eagan; Letter of December 17, 2004 to Attorney Eagan; Statement Concerning Assets of David J. Sullivan;

3.    Exhibits C-1-C-2:   Letter of April 11, 2005 with estimated values of assets;

4.    Exhibits D-1-D-7:   Letter of May 19, 2005 to Attorney Eagan; Table of McCann Loan first page; Table of McCann Loan second page; Darrell Loan Promissory Note; Darrell Loan payment list; Duncan Loan Promissory Note; Duncan Loan payment list.

Which exhibits are attached to Defendant's Memorandum in Opposition to Motion to Obtain Authorization to Obtain Financial Record filed herewith.

PDF created with pdfFactory trial version www.pdffactory.com

2

These documents have been not electronically filed because the documents cannot be converted to an electronic format, as we do not currently have a working scanner.

These documents have been manually served on all parties.

                            Respectfully submitted,

                            _____
                            William C. Franklin
                            Fed. Bar No. ct07187
                            For Cramer & Anderson, LLP
                            P.O. Box 278, 46 West Street
                            Litchfield, CT  06759
                            Phone (860) 567-8718; Fax (860) 567-4531
                            wfranklin@cramer-anderson.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid to all counsel and pro se parties of record on June 10, 2005:

Owen P. Eagan, Esq.
Eagan & Donohue
24 Arapahoe Road
West Hartford, CT 06107

                            _____
                            William C. Franklin
                            Fed. Bar No. ct07187

2

PDF created with pdfFactory trial version www.pdffactory.com