UNITED STATES DISTRICT COURT
---------------------------DISTRICT OF CONNECTICUT---------------------

| | |
|---|---|
| JEANNE M. SULLIVAN, : | CIVIL ACTION NO.: |
| PLAINTIFF : | NO.: 302CV916(CFD) |
| : | |
| VS. : | |
| : | |
| DAVID J. SULLIVAN, : | |
| DEFENDANT : | JANUARY 6, 2006 |

## MOTION TO SUBSTITUTE A PARTY

The above-entitled action was brought by the Jeanne M. Sullivan, on or about May 29, 2002 to recover personal property and/or real estate, including cash, securities, checks and personal documents which Jeanne M. Sullivan alleged were fraudulently taken by her son, the Defendant, David J. Sullivan.

On or about June 13, 2002, Attorney Matthew Lefevre was appointed Conservator of the Estate of Jeanne M. Sullivan.

On or about November 14, 2002, by Order of the Torrington Probate Court, Attorney Matthew Lefevre was authorized to continue the litigation in this matter.

On August 30, 2005 Jeanne M. Sullivan died.

On November 4, 2005 Stephen Sullivan was appointed Executor for his mother's Estate.

Section 52-599 of the Connecticut General Statutes provides:

> (a) A cause for right of action shall not be lost or destroyed by death of any person , but shall survive in favor of or against the executor or administrator of the deceased person.
>
> (b) . . . If a party plaintiff dies, his executor or administrator may within six months of the plaintiff's death, or at any time prior to the action commencing trial  and prosecute the action in the  same manner as his testator or intestate might have done if he had lived . . .

Pursuant to Section 52-599 of the Connecticut General Statutes, the Executor, Stephen Sullivan, hereby moves this Court to substitute him as the Plaintiff in this action in place of his mother, Jeanne M. Sullivan.

**WHEREFORE**, Stephen Sullivan, the Executor of Jeanne M. Sullivan's Estate, hereby moves the Court to substitute him as a party in the above-referenced matter.

|  |  |
|---|---|
|  | PLAINTIFF,<br>JEANNE M. SULLIVAN |
|  |  |
|  | By /s/ Owen P. Eagan<br>    Owen P. Eagan, Esq.<br>    EAGAN & DONOHUE<br>    24 Arapahoe Road<br>    West Hartford, CT  06107<br>    Fed. Bar. No.: ct00716<br>    (860)232-7200 – Telephone<br>    (860)232-0214 – Facsimile<br>    Litigation@EaganAndDonohue.com<br>    Her Attorney |
|  |  |
|  | /s/ Stephen Sullivan<br>STEPHEN SULLIVAN, EXECUTOR<br>OF THE ESTAEOF JEANNE M.<br>SULLIVAN |

UNITED STATES DISTRICT COURT
----------------------------DISTRICT OF CONNECTICUT---------------------

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | CIVIL ACTION NO.: |
|     PLAINTIFF | : |   NO.: 302CV916(CFD) |
| | : | |
| VS. | : | |
| | : | |
| DAVID J. SULLIVAN, | : | |
|     DEFENDANT | : | JANUARY 6, 2006 |

### **CERTIFICATION**

     I hereby certify that on January 6, 2006, a copy of the foregoing Motion To Substitute A Party was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/  Owen P. Eagan
    Marco D'Occhio [Fed. Bar# ct00716]
    EAGAN & DONOHUE
    24 Arapahoe Road
    West Hartford, CT  06107
    Phone: (860)232-7200
    Fax: (860) 232-0214
    E-mail:Litigation@EaganAndDonohue.com

*X01-P58.MotSubParty/st*