## UNITED STATES DISTRICT COURT
## ---------------------------DISTRICT OF CONNECTICUT---------------------

| | |
|---|---|
| JEANNE M. SULLIVAN, | : CIVIL ACTION NO.: |
|         PLAINTIFF | :   NO.: 302CV916(CFD) |
| | : |
| VS. | : |
| | : |
| DAVID J. SULLIVAN, | : |
|         DEFENDANT | :   FEBRUARY 3, 2006 |

## APPEARANCE

**PLEASE ENTER MY APPEARANCE** for the Plaintiff, **STEPHEN SULLIVAN, EXECUTOR OF THE ESTATE OF JEANNE M. SULLIVAN,** in the above-captioned case.

                                  THE PLAINTIFF,
                                  STEPHEN SULLIVAN, EXECUTOR


                            By:_____/s/_____
                                Owen P. Eagan
                                EAGAN & DONOHUE
                                24 Arapahoe Road
                                West Hartford, CT  06107
                                Federal Bar No.:  ct00716
                                (860) 232-7200 – Telephone
                                (860)232-0214 – Facsimile
                                Lawfirm5@Mindspring.com

UNITED STATES DISTRICT COURT
-----------------------------DISTRICT OF CONNECTICUT----------------------

| | |
|---|---|
| JEANNE M. SULLIVAN, : | CIVIL ACTION NO.: |
|     PLAINTIFF : |   NO.: 302CV916(CFD) |
| : | |
| VS. : | |
| : | |
| DAVID J. SULLIVAN, : | |
|     DEFENDANT : | FEBRUARY 3, 2006 |

### CERTIFICATION

    I hereby certify that on January 6, 2006, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                 /s/
                                        Owen P. Eagan [Fed. Bar# ct00716]
                                        EAGAN & DONOHUE
                                        24 Arapahoe Road
                                        West Hartford, CT 06107
                                        Phone: (860)232-7200
                                        Fax: (860) 232-0214
                                        E-mail:Litigation@EaganAndDonohue.com

*X01-P59.Appearance/st*