UNITED STATES DISTRICT COURT
------------------------------------DISTRICT OF CONNECTICUT----------------------------------

| | |
|---|---|
| JEANNE M. SULLIVAN,                          : | CIVIL ACTION NO.: |
|       PLAINTIFF         : |   NO.: 302CV916(CFD) |
|                    : |  |
| VS.                                                       : |  |
|                    : |  |
| DAVID J. SULLIVAN,                            : |  |
|       DEFENDANT      : | SEPTEMBER 11, 2006 |

### STIPULATION TO DISMISSAL

The Parties hereto, stipulate and agree that this action may be dismissed with prejudice, that any prejudgment remedy orders of attachment be vacated, and that any prejudgment remedy orders relative to encumbering or transferring assets be vacated, all without costs or attorneys' fees being awarded to any of the named Parties and that judgment enter accordingly.

| | |
|---|---|
| RESPECTFULLY SUBMITTED, | RESPECTFULLY SUBMITTED, |
| PLAINTIFF | DEFENDANT |
| | |
| BY /s/ *Owen P. Eagan* | BY /s/ *William C. Franklin* |
|     Owen P. Eagan, Esq. |     William C. Franklin, Esq. |
|     Eagan & Donohue |     Cramer & Anderson |
|     24 Arapahoe Road |     46 West Street |
|     West Hartford, CT 06107 |     P.O. Box 278 |
| |     Litchfield, CT 06759-0278 |

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANNE M. SULLIVAN, | : | CIVIL ACTION NO.: |
| PLAINTIFF | : | NO.: 302CV916(CFD) |
| | : | |
| VS. | : | |
| | : | |
| DAVID J. SULLIVAN, | : | |
| DEFENDANT | : | SEPTEMBER 11, 2006 |

### **CERTIFICATION**

     I hereby certify that on September 11, 2006, a copy of the foregoing Stipulation To Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          */s/ Owen P. Eagan*
                                  Owen P. Eagan [Fed. Bar# ct00716]
                                  EAGAN & DONOHUE
                                  24 Arapahoe Road
                                  West Hartford, CT 06107
                                  Phone: (860)232-7200
                                  Fax: (860) 232-0214
                                  E-mail:Litigation@EaganAndDonohue.com

*X01-Civil-P60.StipToDismissal/st*